**FILED**

**NOV 2 6 2012**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | **UNDER SEAL** |
| ) | |
| v. ) | Case No. **12 1905** |
| ) | |
| THE SUM OF $70,990,605 HELD IN ) | |
| ACCOUNT NUMBER 050210000527810, ) | |
| IN THE NAME OF HIKMAT SHADMAN ) | |
| LOGISTICS SERVICES COMPANY, ) | |
| LOCATED AT AFGHANISTAN ) | |
| INTERNATIONAL BANK, ) | |
| SHAHR-E-NAW, HAJI YAQOOB ) | |
| SQUARE, SHAHABUDIN WATT, ) | |
| P.O. BOX 2074, KABUL, AFGHANISTAN, AND ) | |
| ALL INTEREST, BENEFITS OR ASSETS ) | |
| TRACEABLE THERETO; ) | |
| ) | |
| and ) | |
| ) | |
| THE SUM OF $6,930,000 HELD IN ) | |
| ACCOUNT NUMBER 050210001288613, ) | |
| IN THE NAME OF FAIZY ELHAM ) | |
| BROTHERS, LTD., LOCATED AT ) | |
| AFGHANISTAN INTERNATIONAL BANK, ) | |
| SHAHR-E-NAW, HAJI YAQOOB ) | |
| SQUARE, SHAHABUDIN WATT, ) | |
| P.O. BOX 2074, KABUL, AFGHANISTAN, AND ) | |
| ALL INTEREST, BENEFITS OR ASSETS ) | |
| TRACEABLE THERETO; ) | |
| ) | |
| Defendants. ) | |

[PROPOSED] **ORDER TO SEAL VERIFIED COMPLAINT FOR FORFEITURE**
***IN REM***

This matter came before the Court on the government's motion for a sealing order. In consideration of the criteria set forth in Washington Post v. Robinson, 290 U.S. App. D.C. 116,

2

935 F.2d 282 (D.C. Cir. 1999), and the representations made in the government's motion, which this Court adopts as findings of fact, it is by the Court on this ____ day of November 2012,

**ORDERED** that Clerk of the Court place and maintain under seal the Verified Complaint for Forfeiture *In Rem* in this matter, as well as the Motion To Seal the Verified Complaint for Forfeiture *In Rem*, and any order granting this motion, until further order of this Court; and

IT IS FURTHER ORDERED that the United States may disclose the existence and/or contents of the Verified Complaint for Forfeiture *In Rem*, and all supporting documents to law enforcement officials in Afghanistan and in such other third countries as may become necessary, to the extent that such disclosure is in furtherance of efforts to restrain the assets identified in the Verified Complaint for Forfeiture *In Rem*.

Dated this 26th day of November, 2012.

_____
UNITED STATES DISTRICT JUDGE

cc:   DANIEL H. CLAMAN
      Assistant Deputy Chief
      ELIZABETH A. ALOI
      Trial Attorney

      Asset Forfeiture and Money
        Laundering Section
      United States Department of Justice
      1400 New York Avenue, NW
      Bond Building, Suite 10100
      Washington, DC 20005
      Telephone: (202) 514-1263

      Attorneys for Applicant
      UNITED STATES OF AMERICA