**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **UNDER SEAL** |
| | ) | |
| v. | ) | Case No. 1:12-cv-01905 |
| | ) | |
| THE SUM OF $70,990,605 HELD IN | ) | |
| ACCOUNT NUMBER 050210000527810, | ) | |
| IN THE NAME OF HIKMAT SHADMAN | ) | |
| LOGISTICS SERVICES COMPANY, | ) | |
| LOCATED AT AFGHANISTAN | ) | |
| INTERNATIONAL BANK, | ) | |
| SHAHR-E-NAW, HAJI YAQOOB | ) | |
| SQUARE, SHAHABUDIN WATT, | ) | |
| P.O. BOX 2074, KABUL, AFGHANISTAN, AND | ) | |
| ALL INTEREST, BENEFITS OR ASSETS | ) | |
| TRACEABLE THERETO; | ) | |
| | ) | |
| and | ) | |
| | ) | |
| THE SUM OF $6,930,000 HELD IN | ) | |
| ACCOUNT NUMBER 050210001288613, | ) | |
| IN THE NAME OF FAIZY ELHAM | ) | |
| BROTHERS, LTD., LOCATED AT | ) | |
| AFGHANISTAN INTERNATIONAL BANK, | ) | |
| SHAHR-E-NAW, HAJI YAQOOB | ) | |
| SQUARE, SHAHABUDIN WATT, | ) | |
| P.O. BOX 2074, KABUL, AFGHANISTAN, AND | ) | |
| ALL INTEREST, BENEFITS OR ASSETS | ) | |
| TRACEABLE THERETO; | ) | |
| | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER TO CORRECT FILING DATE**

The United States of America, having filed its Motion to Correct Filing Date and Affidavit in Support Thereof, and the Court having considered the United States' Motion, and affidavit, GOOD CAUSE EXISTS TO FIND THAT:

The above-captioned matter was filed with the Clerk of the Court on November 20, 2012.

1

2

Dated this _____ day of February, 2013.

                                                      _____
                                                     RICHARD W. ROBERTS
                                                     UNITED STATES DISTRICT JUDGE

cc:    DANIEL H. CLAMAN
       Assistant Deputy Chief
       ELIZABETH A. ALOI
       Trial Attorney

       Asset Forfeiture and Money
         Laundering Section
       United States Department of Justice
       1400 New York Avenue, NW
       Bond Building, Suite 10100
       Washington, DC  20005
       Telephone: (202) 514-1263

       Attorneys for Applicant
       UNITED STATES OF AMERICA