UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SUM OF $70,990,605, <u>et al.</u>, )<br>)<br>Defendants. )<br>) | Civil Action No. 12-1905 (RWR)<br><br><u>UNDER SEAL</u> |

### ORDER

In light of the government's declaration captioned as an affidavit showing that the government filed its verified complaint on November 20, 2012, it is hereby

ORDERED that the government's motion [4] to correct the filing date, construed as a motion to correct the record nunc pro tunc under Federal Rule of Civil Procedure 60(a), be, and hereby is, GRANTED. The Clerk is directed to correct the record to show that the Verified Complaint for Forfeiture in rem was filed on November 20, 2012.

SIGNED this 12th day of February, 2013.

_____
RICHARD W. ROBERTS
United States District Judge