IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,                    ) | |
| ) | |
| Plaintiff,                    ) | **UNDER SEAL** |
| ) | |
| v.                    ) | Case No. 1:12-cv-01905 |
| ) | |
| THE SUM OF $70,990,605 HELD IN                    ) | |
| ACCOUNT NUMBER 050210000527810,                    ) | |
| IN THE NAME OF HIKMAT SHADMAN                    ) | |
| LOGISTICS SERVICES COMPANY,                    ) | |
| LOCATED AT AFGHANISTAN                    ) | |
| INTERNATIONAL BANK,                    ) | |
| SHAHR-E-NAW, HAJI YAQOOB                    ) | |
| SQUARE, SHAHABUDIN WATT,                    ) | |
| P.O. BOX 2074, KABUL, AFGHANISTAN, AND ) | |
| ALL INTEREST, BENEFITS OR ASSETS                    ) | |
| TRACEABLE THERETO;                    ) | |
| ) | |
| and                    ) | |
| ) | |
| THE SUM OF $6,930,000 HELD IN                    ) | |
| ACCOUNT NUMBER 050210001288613,                    ) | |
| IN THE NAME OF FAIZY ELHAM                    ) | |
| BROTHERS, LTD., LOCATED AT                    ) | |
| AFGHANISTAN INTERNATIONAL BANK,                    ) | |
| SHAHR-E-NAW, HAJI YAQOOB                    ) | |
| SQUARE, SHAHABUDIN WATT,                    ) | |
| P.O. BOX 2074, KABUL, AFGHANISTAN, AND ) | |
| ALL INTEREST, BENEFITS OR ASSETS                    ) | |
| TRACEABLE THERETO;                    ) | |
| ) | |
| Defendants.                    ) | |

**[PROPOSED] ORDER TO SEAL MOTION TO CORRECT FILING DATE**

This matter came before the Court on the government's motion for a sealing order. In consideration of the criteria set forth in Washington Post v. Robinson, 290 U.S. App. D.C. 116,

1

935 F.2d 282 (D.C. Cir. 1999), and the representations made in the government's motion, which this Court adopts as findings of fact, it is by the Court on this ____ day of February 2013,

**ORDERED** that Clerk of the Court place and maintain under seal the Motion to Correct Filing Date in this matter, as well as the Motion To Seal Motion to Correct the Filing Date, the accompanying Affidavit, and any order granting this motion, until further order of this Court. The government shall notify the Gov, ras soon as the need for sealing no longer exists.

Dated this 11th day of February, 2013.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

cc:   DANIEL H. CLAMAN
      Assistant Deputy Chief
      ELIZABETH A. ALOI
      Trial Attorney

      Asset Forfeiture and Money
        Laundering Section
      United States Department of Justice
      1400 New York Avenue, NW
      Bond Building, Suite 10100
      Washington, DC  20005
      Telephone: (202) 514-1263

      Attorneys for Applicant
      UNITED STATES OF AMERICA