**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                          )<br>            Plaintiff,                           )<br>                                                          )<br>v.                                                      )<br>                                                          )<br>THE SUM OF $70,990,605 HELD IN      )<br>ACCOUNT NUMBER 050210000527810, )<br>IN THE NAME OF HIKMAT SHADMAN  )<br>LOGISTICS SERVICES COMPANY,         )<br>LOCATED AT AFGHANISTAN                 )<br>INTERNATIONAL BANK,                         )<br>SHAHR-E-NAW, HAJI YAQOOB             )<br>SQUARE, SHAHABUDIN WATT,              )<br>P.O. BOX 2074, KABUL, AFGHANISTAN, AND )<br>ALL INTEREST, BENEFITS OR ASSETS  )<br>TRACEABLE THERETO;                            )<br>                                                          )<br>and                                                     )<br>                                                          )<br>THE SUM OF $6,930,000 HELD IN          )<br>ACCOUNT NUMBER 050210001288613, )<br>IN THE NAME OF FAIZY ELHAM            )<br>BROTHERS, LTD., LOCATED AT            )<br>AFGHANISTAN INTERNATIONAL BANK, )<br>SHAHR-E-NAW, HAJI YAQOOB             )<br>SQUARE, SHAHABUDIN WATT,              )<br>P.O. BOX 2074, KABUL, AFGHANISTAN, AND )<br>ALL INTEREST, BENEFITS OR ASSETS  )<br>TRACEABLE THERETO                             )<br>                                                          )<br>            Defendants.                        ) | **UNDER SEAL**<br><br>Case No. 1:12-cv-01905 (RWR) |

**UNITED STATES' MOTION TO VACATE SEALING ORDER**

      The United States of America, by and through its undersigned attorneys, respectfully applies for an order vacating the order sealing the file in this case. When the Verified Complaint for Forfeiture *In Rem* and supporting documents in the above-captioned matter were filed, this Court sealed the file at the Government's request. The United States sought an order sealing the

file until Arrest Warrants *In Rem* issued by this Court could be transmitted to the Government of Afghanistan and the identified defendant assets were restrained.  The Arrest Warrants *In Rem* were received by the Government of Afghanistan on December 31, 2012, and the United States has formally requested that the defendant assets be restrained. The United States is now prepared to give notice of the forfeiture action to potential claimants. Therefore, the United States respectfully requests that the previously-entered order sealing the file be VACATED.

                              Respectfully submitted,

                              JAIKUMAR RAMASWAMY, CHIEF
                              ASSET FORFEITURE AND MONEY
                                  LAUNDERING SECTION

Date: April 8, 2013          By:_____/s/_____
                              DANIEL H. CLAMAN
                              Assistant Deputy Chief
                              ELIZABETH A. ALOI
                              Trial Attorney
                              U.S. Department of Justice
                              Criminal Division
                              1400 New York Avenue, N.W., 9th Floor
                              Washington, D.C. 20530
                              Tel: (202) 514-1263
                              Fax: (202) 514-5522

                              Attorneys for Applicant
                              UNITED STATES OF AMERICA