IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | ~~UNDER SEAL~~ |
| | ) | |
| v. | ) | Case No. 1:12-cv-01905 (RWR) |
| | ) | |
| THE SUM OF $70,990,605 HELD IN ACCOUNT NUMBER 050210000527810, IN THE NAME OF HIKMAT SHADMAN LOGISTICS SERVICES COMPANY, LOCATED AT AFGHANISTAN INTERNATIONAL BANK, SHAHR-E-NAW, HAJI YAQOOB SQUARE, SHAHABUDIN WATT, P.O. BOX 2074, KABUL, AFGHANISTAN, AND ALL INTEREST, BENEFITS OR ASSETS TRACEABLE THERETO; | ) ) ) ) ) ) ) ) ) ) ) | |
| and | ) | |
| | ) | |
| THE SUM OF $6,930,000 HELD IN ACCOUNT NUMBER 050210001288613, IN THE NAME OF FAIZY ELHAM BROTHERS, LTD., LOCATED AT AFGHANISTAN INTERNATIONAL BANK, SHAHR-E-NAW, HAJI YAQOOB SQUARE, SHAHABUDIN WATT, P.O. BOX 2074, KABUL, AFGHANISTAN, AND ALL INTEREST, BENEFITS OR ASSETS TRACEABLE THERETO | ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**[~~PROPOSED~~] ORDER GRANTING UNITED STATES' MOTION TO VACATE SEALING ORDER**

Upon consideration of the motion of the United States of America to vacate the Order sealing the Verified Complaint for Forfeiture *In Rem*, its supporting documents, and the file in the above-captioned matter; and the Court finding good cause:

IT IS HEREBY ORDERED that the Government's Motion is GRANTED, and the Court's previously-issued order sealing the Verified Complaint for Forfeiture *In Rem*, including all supporting documents, as well as the file in the above-captioned matter, is VACATED.

Dated this 11th day of April, 2013.

_____
THE HONORABLE RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

cc: DANIEL H. CLAMAN
Assistant Deputy Chief
ELIZABETH A. ALOI
Trial Attorney

Asset Forfeiture and Money
  Laundering Section
United States Department of Justice
1400 New York Avenue, NW
Bond Building, Suite 10100
Washington, DC  20005
Telephone: (202) 514-1263

Attorneys for Applicant
UNITED STATES OF AMERICA