**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| United States Department of Justice | ) | |
| Criminal Division | ) | |
| Asset Forfeiture and Money | ) | |
|    Laundering Section | ) | |
| 1400 New York Avenue, NW, 10th Floor | ) | |
| Washington, DC 20005 | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 12-cv-01905 (RWR) |
| | ) | |
| THE SUM OF $70,990,605 HELD IN | ) | |
| ACCOUNT NUMBER 050210000527810, IN | ) | |
| THE NAME OF HIKMAT SHADMAN | ) | |
| LOGISTICS SERVICES COMPANY, LOCATED | ) | |
| AT AFGHANISTAN INTERNATIONAL | ) | |
| BANK, AND ALL INTEREST, BENEFITS OR | ) | |
| ASSETS TRACEABLE THERETO; | ) | |
| | ) | |
| THE SUM OF $6,930,000, HELD IN | ) | |
| ACCOUNT NUMBER 050210001288613, | ) | |
| IN THE NAME OF FAIZY ELHAM | ) | |
| BROTHERS, LTD., LOCATED AT | ) | |
| AFGHANISTAN INTERNATIONAL BANK, | ) | |
| AND ALL INTEREST, BENEFITS OR | ) | |
| ASSETS TRACEABLE THERETO; | ) | |
| | ) | |
| ALL FUNDS HELD BY OR FOR THE BENEFIT | ) | |
| OF AFGHANISTAN INTERNATIONAL BANK | ) | |
| AT STANDARD CHARTERED BANK, NEW | ) | |
| YORK, OF AN AMOUNT UP TO BUT NOT TO | ) | |
| EXCEED $1.5 MILLION OR THE SUM HELD | ) | |
| AT AFGHANISTAN INTERNATIONAL BANK | ) | |
| ACCOUNT NUMBER 050210000527810, IN | ) | |
| THE NAME OF HIKMAT SHADMAN | ) | |
| LOGISTICS SERVICES COMPANY, OR | ) | |
| AFGHANISTAN INTERNATIONAL BANK | ) | |
| ACCOUNT NUMBER 050210001288613, IN THE | ) | |
| NAME OF FAIZY ELHAM BROTHERS, LTD.; | ) | |
| | ) | |
| ALL FUNDS HELD BY OR FOR THE BENEFIT | ) | |
| OF BANK ALFALAH AT CITIBANK, N.A., | ) | |

NEW YORK, NOT TO EXCEED $55,569,790 OF  )
THE TOTAL SUM OF ANY FUNDS  )
TRANSFERRED ON OR AFTER  )
NOVEMBER 20, 2012, TO ANY ACCOUNT  )
AT BANK ALFALAH FROM AFGHANISTAN  )
INTERNATIONAL BANK ACCOUNT  )
NUMBER 050210000527810, IN THE NAME  )
OF HIKMAT SHADMAN LOGISTICS  )
SERVICES COMPANY, AND AFGHANISTAN  )
INTERNATIONAL BANK ACCOUNT  )
NUMBER 050210001288613, IN THE NAME  )
OF FAIZY ELHAM BROTHERS;  )
                                      )
ALL FUNDS HELD BY OR FOR THE BENEFIT  )
OF BANK ALFALAH AT DEUTSCHE BANK  )
TRUST COMPANY AMERICAS, NOT TO  )
EXCEED $55,569,790 OF THE TOTAL SUM  )
OF ANY FUNDS TRANSFERRED ON OR  )
AFTER NOVEMBER 20, 2012, TO ANY  )
ACCOUNT AT BANK ALFALAH FROM  )
AFGHANISTAN INTERNATIONAL BANK  )
ACCOUNT NUMBER 050210000527810,  )
IN THE NAME OF HIKMAT SHADMAN  )
LOGISTICS SERVICES COMPANY, AND  )
AFGHANISTAN INTERNATIONAL BANK  )
ACCOUNT NUMBER 050210001288613, IN  )
THE NAME OF FAIZY ELHAM BROTHERS;  )
                                      )
ALL FUNDS HELD BY OR FOR THE BENEFIT  )
OF BANK ALFALAH AT HABIB AMERICAN  )
BANK, NOT TO EXCEED $55,569,790 OF  )
THE TOTAL SUM OF ANY FUNDS  )
TRANSFERRED ON OR AFTER  )
NOVEMBER 20, 2012, TO ANY ACCOUNT  )
AT BANK ALFALAH FROM AFGHANISTAN  )
INTERNATIONAL BANK ACCOUNT  )
NUMBER 050210000527810, IN THE NAME OF  )
HIKMAT SHADMAN LOGISTICS SERVICES  )
COMPANY, AND AFGHANISTAN  )
INTERNATIONAL BANK ACCOUNT  )
NUMBER 050210001288613, IN THE NAME OF  )
FAIZY ELHAM BROTHERS;  )
                                      )
ALL FUNDS HELD BY OR FOR THE BENEFIT  )
OF BANK ALFALAH AT HABIB BANK  )
LIMITED, NOT TO EXCEED $55,569,790 OF  )

| | |
|---|---|
| THE TOTAL SUM OF ANY FUNDS | ) |
| TRANSFERRED ON OR AFTER | ) |
| NOVEMBER 20, 2012, TO ANY ACCOUNT | ) |
| AT BANK ALFALAH FROM AFGHANISTAN | ) |
| INTERNATIONAL BANK ACCOUNT | ) |
| NUMBER 050210000527810, IN THE NAME OF | ) |
| HIKMAT SHADMAN LOGISTICS SERVICES | ) |
| COMPANY, AND AFGHANISTAN | ) |
| INTERNATIONAL BANK ACCOUNT | ) |
| NUMBER 050210001288613, IN THE NAME OF | ) |
| FAIZY ELHAM BROTHERS; | ) |
| | ) |
| ALL FUNDS HELD BY OR FOR THE BENEFIT | ) |
| OF BANK ALFALAH AT HSBC BANK | ) |
| USA N.A., NOT TO EXCEED $55,569,790 OF | ) |
| THE TOTAL SUM OF ANY FUNDS | ) |
| TRANSFERRED ON OR AFTER | ) |
| NOVEMBER 20, 2012, TO ANY ACCOUNT | ) |
| AT BANK ALFALAH FROM AFGHANISTAN | ) |
| INTERNATIONAL BANK ACCOUNT | ) |
| NUMBER 050210000527810, IN THE NAME OF | ) |
| HIKMAT SHADMAN LOGISTICS SERVICES | ) |
| COMPANY, AND AFGHANISTAN | ) |
| INTERNATIONAL BANK ACCOUNT | ) |
| NUMBER 050210001288613, IN THE NAME OF | ) |
| FAIZY ELHAM BROTHERS; | ) |
| | ) |
| ALL FUNDS HELD BY OR FOR THE BENEFIT | ) |
| OF BANK ALFALAH AT JP MORGAN CHASE | ) |
| BANK NATIONAL ASSOCIATION, NOT TO | ) |
| EXCEED $55,569,790 OF THE TOTAL SUM | ) |
| OF ANY FUNDS TRANSFERRED ON OR | ) |
| AFTER NOVEMBER 20, 2012, TO ANY | ) |
| ACCOUNT AT BANK ALFALAH FROM | ) |
| AFGHANISTAN INTERNATIONAL BANK | ) |
| ACCOUNT NUMBER 050210000527810, IN | ) |
| THE NAME OF HIKMAT SHADMAN | ) |
| LOGISTICS SERVICES COMPANY, AND | ) |
| AFGHANISTAN INTERNATIONAL BANK | ) |
| ACCOUNT NUMBER 050210001288613, IN | ) |
| THE NAME OF FAIZY ELHAM BROTHERS; | ) |
| | ) |
| ALL FUNDS HELD BY OR FOR THE BENEFIT | ) |
| OF BANK ALFALAH AT MASHREQ | ) |
| BANK PSC, NOT TO EXCEED $55,569,790 OF | ) |
| THE TOTAL SUM OF ANY FUNDS | ) |

| | |
|---|---|
| TRANSFERRED ON OR AFTER | ) |
| NOVEMBER 20, 2012, TO ANY ACCOUNT | ) |
| AT BANK ALFALAH FROM AFGHANISTAN | ) |
| INTERNATIONAL BANK ACCOUNT | ) |
| NUMBER 050210000527810, IN THE NAME OF | ) |
| HIKMAT SHADMAN LOGISTICS SERVICES | ) |
| COMPANY, AND AFGHANISTAN | ) |
| INTERNATIONAL BANK ACCOUNT | ) |
| NUMBER 050210001288613, IN THE NAME OF | ) |
| FAIZY ELHAM BROTHERS; | ) |
| | ) |
| ALL FUNDS HELD BY OR FOR THE BENEFIT | ) |
| OF BANK ALFALAH AT STANDARD | ) |
| CHARTERED BANK, NEW YORK, NOT TO | ) |
| EXCEED $55,569,790  OF THE TOTAL SUM | ) |
| OF ANY FUNDS TRANSFERRED ON OR | ) |
| AFTER NOVEMBER 20, 2012, TO ANY | ) |
| ACCOUNT AT BANK ALFALAH FROM | ) |
| AFGHANISTAN INTERNATIONAL BANK | ) |
| ACCOUNT NUMBER 050210000527810, IN | ) |
| THE NAME OF HIKMAT SHADMAN | ) |
| LOGISTICS SERVICES COMPANY, AND | ) |
| AFGHANISTAN INTERNATIONAL BANK | ) |
| ACCOUNT NUMBER 050210001288613, IN | ) |
| THE NAME OF FAIZY ELHAM BROTHERS; | ) |
| | ) |
| ALL FUNDS HELD BY OR FOR THE BENEFIT | ) |
| OF EMIRATES NATIONAL BANK AT | ) |
| DEUTSCHE BANK TRUST COMPANY | ) |
| AMERICAS NOT TO EXCEED $4 MILLION OF | ) |
| THE TOTAL SUM OF ANY FUNDS HELD IN | ) |
| ANY ACCOUNT AT EMIRATES NATIONAL | ) |
| BANK IN THE NAME OF YASER ELHAM; | ) |
| AND | ) |
| | ) |
| ALL FUNDS HELD BY OR FOR THE BENEFIT | ) |
| OF EMIRATES NATIONAL BANK AT | ) |
| JP MORGAN CHASE BANK NATONAL | ) |
| ASSOCIATION NOT TO EXCEED $4 MILLION | ) |
| OF THE TOTAL SUM OF ANY FUNDS HELD | ) |
| IN ANY ACCOUNT AT EMIRATES NATIONAL | ) |
| BANK IN THE NAME OF YASER ELHAM, | ) |
| | ) |
| **Defendants** *in rem*. | ) |
| _____ | ) |

## **MOTION FOR LEAVE TO FILE SECOND AMENDED VERIFIED COMPLAINT**

The United States, by and through its undersigned attorneys, respectfully submits this Motion for Leave to File a Second Amended Verified Complaint for Forfeiture *In Rem* in the above-captioned matter pursuant to Federal Rule of Civil Procedure 15(a)(2), which permits the Court to give leave for a party to amend its pleading if justice so requires.

The Verified Complaint for Forfeiture *in Rem* as originally filed on November 20, 2012, sought the forfeiture of two bank accounts located in Afghanistan at Afghanistan International Bank, and pursuant to the verified complaint, an arrest warrant *in rem* for each of the accounts was issued by this Court.  Subsequently, the United States learned that a portion of the funds were transferred out of the defendant bank accounts in violation of the arrest warrants *in rem* to accounts located at Emirates NBD Bank in the United Arab Emirates and Bank Alfalah, a bank headquartered in Pakistan.

Pursuant to 18 U.S.C. § 981(k), when funds subject to forfeiture are held in an account at a foreign bank and cannot be seized, the United States may seize the funds in that foreign bank's interbank account at a financial institution in the United States.  Accordingly, on May 3, 2013, the United States sought leave to amend its verified complaint to identify certain funds in the interbank accounts of Afghanistan International Bank, Emirates NBD Bank (also known as Emirates National Bank), and Bank Alfalah as defendants pursuant to 18 U.S.C. § 981(k). The United States also sought the issuance of arrest warrants *in rem* for the criminal proceeds in the interbank accounts, which were issued on May 8, 2013, and served on May 9, 2013, and May 10, 2013.

As a result of the May 8, 2013, arrest warrants, First Amended Verified Complaint for Forfeiture, and additional information received by federal law enforcement, the United States has

identified the whereabouts of additional criminal proceeds that were transferred out of the original defendant accounts.  On May 10, 2013, May 17, 2013, and May 24, 2013, United States Magistrate Judge Alan Kay of the United States District Court for the District of Columbia issued seizure warrants pursuant to 18 U.S.C. § 981(k) against funds held in the interbank accounts of the foreign banks believed to be holding the additional criminal proceeds that were not named for forfeiture in the First Amended Verified Complaint.

Under Rule 15(a)(2), leave to file an amended complaint should be "freely given" *Forman v. Davis*, 371 U.S. 178 (1962) (finding that if the underlying circumstances relied upon by a plaintiff may be a proper subject of relief, he ought to be afforded an opportunity to test his claim on the merits).  The proposed Second Amended Verified Complaint for Forfeiture adds as defendants the newly located funds and removes those interbank accounts from which restraint of the funds is no longer necessary.  Accordingly, the United States asserts that it is in the interest of justice for this Court to grant leave for the United States to file the attached Second Amended Verified Complaint for Forfeiture.

The United States also seeks the issuance of new arrest warrants *in rem* against the assets located in the interbank account of Emirates NBD Bank.  The previously issued arrest and seizure warrants against these assets referred to "Emirates NBD Bank" as "Emirates National Bank," its predecessor name.

WHEREFORE, the United States requests that, in the interest of justice, this Court issue an Order granting leave for the United States to file the attached Second Amended Verified Complaint for Forfeiture *In Rem.*

Respectfully submitted,

JAIKUMAR RAMASWAMY, CHIEF
ASSET FORFEITURE AND MONEY
   LAUNDERING SECTION

Date: July 17, 2013          By:_____/S/_____
                                DANIEL H. CLAMAN,
                                Assistant Deputy Chief
                                ELIZABETH A. ALOI
                                Trial Attorney
                                U.S. Department of Justice
                                Criminal Division
                                1400 New York Avenue, N.W., 9th Floor
                                Washington, D.C. 20530
                                Tel: (202) 514-1263
                                Fax: (202) 514-5522

                                Attorneys for Applicant
                                UNITED STATES OF AMERICA