# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>United States Department of Justice<br>Criminal Division<br>Asset Forfeiture and Money<br>    Laundering Section<br>1400 New York Avenue, NW, 10th Floor<br>Washington, DC 20005<br><br>      **Plaintiff,**<br><br>      v.<br><br>THE SUM OF $70,990,605 HELD IN<br>ACCOUNT NUMBER 050210000527810, IN<br>THE NAME OF HIKMAT SHADMAN<br>LOGISTICS SERVICES COMPANY, LOCATED<br>AT AFGHANISTAN INTERNATIONAL<br>BANK, AND ALL INTEREST, BENEFITS OR<br>ASSETS TRACEABLE THERETO;<br><br>THE SUM OF $6,930,000, HELD IN<br>ACCOUNT NUMBER 050210001288613,<br>IN THE NAME OF FAIZY ELHAM<br>BROTHERS, LTD., LOCATED AT<br>AFGHANISTAN INTERNATIONAL BANK,<br>AND ALL INTEREST, BENEFITS OR<br>ASSETS TRACEABLE THERETO;<br><br>ALL FUNDS HELD BY OR FOR THE BENEFIT<br>OF AFGHANISTAN INTERNATIONAL BANK<br>AT STANDARD CHARTERED BANK, NEW<br>YORK, OF AN AMOUNT UP TO BUT NOT TO<br>EXCEED $1.5 MILLION OR THE SUM HELD<br>AT AFGHANISTAN INTERNATIONAL BANK<br>ACCOUNT NUMBER 050210000527810, IN<br>THE NAME OF HIKMAT SHADMAN<br>LOGISTICS SERVICES COMPANY, OR<br>AFGHANISTAN INTERNATIONAL BANK<br>ACCOUNT NUMBER 050210001288613, IN THE<br>NAME OF FAIZY ELHAM BROTHERS, LTD.;<br><br>ALL FUNDS HELD BY OR FOR THE BENEFIT<br>OF BANK ALFALAH AT CITIBANK, N.A., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | <br><br><br><br><br><br><br><br><br><br><br>Case No. 12-cv-01905 (RWR) |

NEW YORK, NOT TO EXCEED $55,569,790 OF           )
THE TOTAL SUM OF ANY FUNDS                       )
TRANSFERRED ON OR AFTER                          )
NOVEMBER 20, 2012, TO ANY ACCOUNT                )
AT BANK ALFALAH FROM AFGHANISTAN                 )
INTERNATIONAL BANK ACCOUNT                       )
NUMBER 050210000527810, IN THE NAME              )
OF HIKMAT SHADMAN LOGISTICS                      )
SERVICES COMPANY, AND AFGHANISTAN                )
INTERNATIONAL BANK ACCOUNT                       )
NUMBER 050210001288613, IN THE NAME              )
OF FAIZY ELHAM BROTHERS;                         )
                                                 )
ALL FUNDS HELD BY OR FOR THE BENEFIT             )
OF BANK ALFALAH AT DEUTSCHE BANK                 )
TRUST COMPANY AMERICAS, NOT TO                   )
EXCEED $55,569,790  OF THE TOTAL SUM             )
OF ANY FUNDS TRANSFERRED ON OR                   )
AFTER NOVEMBER 20, 2012, TO ANY                  )
ACCOUNT AT BANK ALFALAH FROM                     )
AFGHANISTAN INTERNATIONAL BANK                   )
ACCOUNT NUMBER 050210000527810,                  )
IN THE NAME OF HIKMAT SHADMAN                    )
LOGISTICS SERVICES COMPANY, AND                  )
AFGHANISTAN INTERNATIONAL BANK                   )
ACCOUNT NUMBER 050210001288613, IN               )
THE NAME OF FAIZY ELHAM BROTHERS;                )
                                                 )
ALL FUNDS HELD BY OR FOR THE BENEFIT             )
OF BANK ALFALAH AT HABIB AMERICAN                )
BANK, NOT TO EXCEED $55,569,790 OF               )
THE TOTAL SUM OF ANY FUNDS                       )
TRANSFERRED ON OR AFTER                          )
NOVEMBER 20, 2012, TO ANY ACCOUNT                )
AT BANK ALFALAH FROM AFGHANISTAN                 )
INTERNATIONAL BANK ACCOUNT                       )
NUMBER 050210000527810, IN THE NAME OF           )
HIKMAT SHADMAN LOGISTICS SERVICES                )
COMPANY, AND AFGHANISTAN                         )
INTERNATIONAL BANK ACCOUNT                       )
NUMBER 050210001288613, IN THE NAME OF           )
FAIZY ELHAM BROTHERS;                            )
                                                 )
ALL FUNDS HELD BY OR FOR THE BENEFIT             )
OF BANK ALFALAH AT HABIB BANK                    )
LIMITED, NOT TO EXCEED $55,569,790 OF            )

THE TOTAL SUM OF ANY FUNDS                              )
TRANSFERRED ON OR AFTER                                 )
NOVEMBER 20, 2012, TO ANY ACCOUNT                       )
AT BANK ALFALAH FROM AFGHANISTAN                        )
INTERNATIONAL BANK ACCOUNT                              )
NUMBER 050210000527810, IN THE NAME OF                  )
HIKMAT SHADMAN LOGISTICS SERVICES                       )
COMPANY, AND AFGHANISTAN                                )
INTERNATIONAL BANK ACCOUNT                              )
NUMBER 050210001288613, IN THE NAME OF                  )
FAIZY ELHAM BROTHERS;                                   )
                                                        )
ALL FUNDS HELD BY OR FOR THE BENEFIT                    )
OF BANK ALFALAH AT HSBC BANK                            )
USA N.A., NOT TO EXCEED $55,569,790 OF                  )
THE TOTAL SUM OF ANY FUNDS                              )
TRANSFERRED ON OR AFTER                                 )
NOVEMBER 20, 2012, TO ANY ACCOUNT                       )
AT BANK ALFALAH FROM AFGHANISTAN                        )
INTERNATIONAL BANK ACCOUNT                              )
NUMBER 050210000527810, IN THE NAME OF                  )
HIKMAT SHADMAN LOGISTICS SERVICES                       )
COMPANY, AND AFGHANISTAN                                )
INTERNATIONAL BANK ACCOUNT                              )
NUMBER 050210001288613, IN THE NAME OF                  )
FAIZY ELHAM BROTHERS;                                   )
                                                        )
ALL FUNDS HELD BY OR FOR THE BENEFIT                    )
OF BANK ALFALAH AT JP MORGAN CHASE                      )
BANK NATIONAL ASSOCIATION, NOT TO                       )
EXCEED $55,569,790 OF THE TOTAL SUM                     )
OF ANY FUNDS TRANSFERRED ON OR                          )
AFTER NOVEMBER 20, 2012, TO ANY                         )
ACCOUNT AT BANK ALFALAH FROM                            )
AFGHANISTAN INTERNATIONAL BANK                          )
ACCOUNT NUMBER 050210000527810, IN                      )
THE NAME OF HIKMAT SHADMAN                              )
LOGISTICS SERVICES COMPANY, AND                         )
AFGHANISTAN INTERNATIONAL BANK                          )
ACCOUNT NUMBER 050210001288613, IN                      )
THE NAME OF FAIZY ELHAM BROTHERS;                       )
                                                        )
ALL FUNDS HELD BY OR FOR THE BENEFIT                    )
OF BANK ALFALAH AT MASHREQ                              )
BANK PSC, NOT TO EXCEED $55,569,790 OF                  )
THE TOTAL SUM OF ANY FUNDS                              )

| | |
|---|---|
| TRANSFERRED ON OR AFTER | ) |
| NOVEMBER 20, 2012, TO ANY ACCOUNT | ) |
| AT BANK ALFALAH FROM AFGHANISTAN | ) |
| INTERNATIONAL BANK ACCOUNT | ) |
| NUMBER 050210000527810, IN THE NAME OF | ) |
| HIKMAT SHADMAN LOGISTICS SERVICES | ) |
| COMPANY, AND AFGHANISTAN | ) |
| INTERNATIONAL BANK ACCOUNT | ) |
| NUMBER 050210001288613, IN THE NAME OF | ) |
| FAIZY ELHAM BROTHERS; | ) |
| | ) |
| ALL FUNDS HELD BY OR FOR THE BENEFIT | ) |
| OF BANK ALFALAH AT STANDARD | ) |
| CHARTERED BANK, NEW YORK, NOT TO | ) |
| EXCEED $55,569,790 OF THE TOTAL SUM | ) |
| OF ANY FUNDS TRANSFERRED ON OR | ) |
| AFTER NOVEMBER 20, 2012, TO ANY | ) |
| ACCOUNT AT BANK ALFALAH FROM | ) |
| AFGHANISTAN INTERNATIONAL BANK | ) |
| ACCOUNT NUMBER 050210000527810, IN | ) |
| THE NAME OF HIKMAT SHADMAN | ) |
| LOGISTICS SERVICES COMPANY, AND | ) |
| AFGHANISTAN INTERNATIONAL BANK | ) |
| ACCOUNT NUMBER 050210001288613, IN | ) |
| THE NAME OF FAIZY ELHAM BROTHERS; | ) |
| | ) |
| ALL FUNDS HELD BY OR FOR THE BENEFIT | ) |
| OF EMIRATES NATIONAL BANK AT | ) |
| DEUTSCHE BANK TRUST COMPANY | ) |
| AMERICAS NOT TO EXCEED $4 MILLION OF | ) |
| THE TOTAL SUM OF ANY FUNDS HELD IN | ) |
| ANY ACCOUNT AT EMIRATES NATIONAL | ) |
| BANK IN THE NAME OF YASER ELHAM; | ) |
| AND | ) |
| | ) |
| ALL FUNDS HELD BY OR FOR THE BENEFIT | ) |
| OF EMIRATES NATIONAL BANK AT | ) |
| JP MORGAN CHASE BANK NATONAL | ) |
| ASSOCIATION NOT TO EXCEED $4 MILLION | ) |
| OF THE TOTAL SUM OF ANY FUNDS HELD | ) |
| IN ANY ACCOUNT AT EMIRATES NATIONAL | ) |
| BANK IN THE NAME OF YASER ELHAM, | ) |
| | ) |
| **Defendants** *in rem*. | ) |
| | ) |

## ORDER GRANTING UNITED STATES' MOTION FOR LEAVE TO FILE SECOND AMENDED VERIFIED COMPLAINT

Before the Court is the United States of America's Motion for Leave to File a Second Amended Verified Complaint Pursuant to Fed. R. Civ. P. 15 (a)(2).

Whereas the Court has considered the motion of the United States, the COURT FINDS that the United States has demonstrated that good cause exists, and justice requires the grant of leave to file the Second Amended Verified Complaint.

Therefore, IT IS HEREBY ORDERED that the United States' Motion is GRANTED.

Dated this 26th day of July, 2013.

_____
THE HONORABLE RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

cc:   DANIEL H. CLAMAN
      Assistant Deputy Chief
      ELIZABETH A. ALOI
      Trial Attorney

      Asset Forfeiture and Money
         Laundering Section
      United States Department of Justice
      1400 New York Avenue, NW
      Bond Building, Suite 10100
      Washington, DC 20005
      Telephone: (202) 514-1263

      Attorneys for Applicant
      UNITED STATES OF AMERICA