## AFFIDAVIT OF SERVICE

I, Special Agent Robert D. Doherty with the Office of the Special Inspector General for Afghanistan Reconstruction, being duly sworn, hereby state as follows:

1. On July 31, 2013, trial attorney Elizabeth Aloi with the United States Department of Justice served Deutsche Bank Trust Company Americas with the following documents:

    Warrant of Arrest *In Rem* against all funds held by or for the benefit of Emirates NBD Bank at Deutsche Bank Trust Company Americas, of an amount up to but not to exceed, $45 million of the total sum of any funds transferred on or after November 20, 2012 from Afghanistan International Bank Account Number XXXXXXXXXX7810, in the name of Hikmat Shadman Logistics Services Company to any account at Emirates NBD Bank controlled by or for the benefit of Hikmatullah Shadman General Tracing LLC, including but not limited to account number XXXXXXXXXXXXXXXXX2002 in the name of Hekmat Shadman General Tracing LLC; and

    Warrant of Arrest *In Rem* against all funds held by or for the benefit of Emirates NBD bank at Deutsche Bank Trust Company Americas of an amount up to, but not to exceed $4 million of the total sum of any funds transferred on or after November 20, 2012, from Afghanistan International Bank Account Number XXXXXXXX7810, in the name of Hikmat Shadman Logistics Services to any account at Emirates NBD Bank in the name of Yaser Elham.

The documents were transmitted via email to:

    Douglas Sloan
    Director
    AML & Sanctions Compliance
    Deutsche Bank
    XXXXXXXXXX@db.com

2. On May 9, 2013, I personally served Kris Kwong, Paralegal Specialist at Deutsche Bank Trust Company Americas with the following document:

    Warrant of Arrest *In Rem* against all funds held by or for the benefit of Emirates National Bank at Deutsche Bank Trust Company Americas not to exceed $4 million of the total sum of any funds held in any account at Emirates National Bank in the name of Yaser Elham.

Deutsche Bank Trust Company Americas has restrained $49,000,000 in connection with this matter and related seizure warrants issued by United States Magistrate Judge Alan Kay of the United States District Court for the District of Columbia.

    3.     On May 10, 2013, I personally served Johanna Terrero, Senior Legal Assistant at Standard Chartered Bank in New York with the following documents:

> Warrant of Arrest *In Rem* against all funds held by or for the benefit of Afghanistan International Bank at Standard Chartered Bank, New York, of an amount up to but not to exceed $1.5 million or the sum held at Afghanistan International Bank account number XXXXXXXXXX7810, in the name of Hikmat Shadman Logistics Services Company, or Afghanistan International Bank account number XXXXXXXXXX8613, in the name of Faizy Elham Brothers, Ltd.; and

> Warrant of Arrest *In Rem* against all funds held by or for the benefit of Bank Alfalah at Standard Chartered Bank, New York, not to exceed $55,569,790 of the total sum of any funds transferred on or after November 20, 2012, to any account at Bank Alfalah from Afghanistan International Bank account number XXXXXXXXXX7810, in the name of Hikmat Shadman Logistics Services Company, and Afghanistan International Bank account number XXXXXXXXXX8613, in the name of Faizy Elham Brothers.

The United States has seized $10,100,000 from the interbank account of Afghanistan International Bank at Standard Chartered Bank in New York in connection with this matter, and related seizure warrants issued by United States Magistrate Judge Alan Kay of the United States District Court for the District of Columbia.

    4.     On May 9, 2013, Special Agent Kevin O'Grady of the Office of the Special Inspector General for Afghanistan Reconstruction personally served Saheed Amin, Second Vice President of Habib American Bank with the following document:

> Warrant of Arrest *In Rem* against all funds held by or for the benefit of Bank Alfalah at Habib American Bank, not to exceed $55,569,790 of the total sum of any funds transferred on or after November 20, 2012, to any account at Bank Alfalah from Afghanistan International Bank account number XXXXXXXXXX7810, in the name of Hikmat Shadman Logistics Services Company, and Afghanistan International Bank account number XXXXXXXXXX8613, in the name of Faizy Elham Brothers.

Habib American Bank has restrained $3,949,741 in connection with this matter, and related seizure warrants issued by United States Magistrate Judge Alan Kay of the United States District Court for the District of Columbia.

     5. On May 9, 2013, I served Lucia Santos, Legal Counsel, JPMorgan Chase Bank National Association with the following documents via electronic mail:

> Warrant of Arrest *In Rem* all funds held by or for the benefit of Bank Alfalah at JPMorgan Chase Bank National Association, not to exceed $55,569,790 of the total sum of any funds transferred on or after November 20, 2012, to any account at Bank Alfalah from Afghanistan International Bank account number XXXXXXXXXXX7810, in the name of Hikmat Shadman Logistics Services Company, and Afghanistan International Bank account number XXXXXXXXXXX8613, in the name of Faizy Elham Brothers; and

> Warrant of Arrest *In Rem* against all funds held by or for the benefit of Emirates National Bank at JPMorgan Chase Bank National Association not to exceed $4 million of the total sum of any funds held in any account at Emirates National Bank in the name of Yaser Elham.

There are no funds currently restrained at JPMorgan Chase Bank National Association pursuant to these arrest warrants *in rem*.

     6. On May 9, 2013, I personally served Raja Arshad Nazeer, Compliance Officer at Mashreq Bank in New York with the following document:

> Warrant of Arrest *In Rem* against all funds held by or for the benefit of Bank Alfalah at Mashreq Bank PSC, not to exceed $55,569,790 of the total sum of any funds transferred on or after November 20, 2012, to any account at Bank Alfalah from Afghanistan International Bank account number XXXXXXXXXXX7810, in the name of Hikmat Shadman Logistics Services Company, and Afghanistan International Bank account number XXXXXXXXXXX8613, in the name of Faizy Elham Brothers.

There are no funds currently restrained at Mashreq Bank in New York pursuant to this arrest warrant *in rem*.

     7. On May 9, 2013, I personally served Kris Kwong, Paralegal Specialist at Deutsche Bank Trust Companies Americas with the following document:

>Warrant of Arrest *In Rem* against all funds held by or for the benefit of Bank Alfalah at Deutsche Bank Trust Company Americas, not to exceed $55,569,790 of the total sum of any funds transferred on or after November 20, 2012, to any account at Bank Alfalah from Afghanistan International Bank account number XXXXXXXXXXX7810, in the name of Hikmat Shadman Logistics Services Company, and Afghanistan International Bank account number XXXXXXXXXXX8613, in the name of Faizy Elham Brothers

There are no funds currently restrained in the interbank account of Bank Alfalah at Deutsche Bank Trust Company Americas pursuant to this arrest warrant *in rem*.

        8.  On May 10, 2013, I personally served Russ Abidally, Vice President at Citibank in New York with the following document:

>Warrant of Arrest *In Rem* against all funds held by or for the benefit of Bank Alfalah at Citibank, N.A., New York, not to exceed $55,569,790 of the total sum of any funds transferred on or after November 20, 2012, to any account at Bank Alfalah from Afghanistan International Bank account number XXXXXXXXXXX7810, in the name of Hikmat Shadman Logistics Services Company, and Afghanistan International Bank account number XXXXXXXXXXX8613, in the name of Faizy Elham Brothers.

There are no funds currently restrained in the interbank account of Bank Alfalah at Citibank in New York pursuant to this arrest warrant *in rem*.

        9.  On May 10, 2013, I personally served Jawad Bin Saleem, Head of Operations at Habib Bank Ltd., with the following document:

>Warrant of Arrest *In Rem* against all funds held by or for the benefit of Bank Alfalah at Habib Bank Limited, not to exceed $55,569,790 of the total sum of any funds transferred on or after November 20, 2012, to any account at Bank Alfalah from Afghanistan International Bank account number XXXXXXXXXXX7810, in the name of Hikmat Shadman Logistics Services Company, and Afghanistan International Bank account number XXXXXXXXXXX8613, in the name of Faizy Elham Brothers.

There are no funds currently restrained in the interbank account of Bank Alfalah at Habib Bank Limited in connection with this arrest warrant *in rem.*

        10. On May 10, 2013, Special Agent Kevin O'Grady with the Office of the Inspector General for Afghanistan Reconstruction personally served Kerry Mitchell, Customer Service Representative at HSBC Bank in New York with the following document:

> Warrant of Arrest *In Rem* against all funds held by or for the benefit of Bank Alfalah at HSBC Bank USA N.A, not to exceed $55,569,790 of the total sum of any funds transferred on or after November 20, 2012, to any account at Bank Alfalah from Afghanistan International Bank account number XXXXXXXXXXX7810, in the name of Hikmat Shadman Logistics Services Company, and Afghanistan International Bank account number XXXXXXXXXXX8613, in the name of Faizy Elham Brothers.

There are no funds currently restrained in the interbank account of Bank Alfalah at HSBC Bank USA N.A., pursuant to this arrest warrant *in rem*.

11. The following arrest warrants *in rem* issued by Chief Judge Richard W. Roberts of the United States District Court for the District of Columbia on December 10, 2012, against assets located at Afghanistan International Bank in Afghanistan, did not result in the restraint of any funds:

> Warrant of Arrest *In Rem*; US District Court, District of Columbia, Civil Action No. 12-cv-1905, against the sum of $70,990,605 held in bank account number XXXXXXXXXXX7810, in the name of Hikmat Shadman Logistics Services Company; and

> Warrant of Arrest *in Rem*; US District Court, District of Columbia, Civil Action No. 12-cv-1905, against the sum of $6,930,000 held in bank account number XXXXXXXXXXX8613, in the name of Faizy Elham Brothers, Ltd.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert D. Doherty_____
ROBERT D. DOHERTY
Special Agent
Office of Special Inspector General for the
Reconstruction of Afghanistan