IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>United States Department of Justice<br>Criminal Division<br>Asset Forfeiture and Money<br>    Laundering Section<br>1400 New York Avenue, NW, 10th Floor<br>Washington, DC 20005<br><br>**Plaintiff,**<br><br>v.<br><br>ALL FUNDS HELD BY OR FOR THE BENEFIT<br>OF AFGHANISTAN INTERNATIONAL BANK<br>AT STANDARD CHARTERED BANK, NEW<br>YORK, OF AN AMOUNT UP TO, BUT NOT TO<br>EXCEED, $10,100,000 OF THE TOTAL SUM<br>OF ANY FUNDS HELD IN ANY ACCOUNT<br>AT AFGHANISTAN INTERNATIONAL BANK<br>CONTROLLED BY OR FOR THE BENEFIT OF<br>HIKMATULLAH SHADMAN INCLUDING,<br>BUT NOT LIMITED TO, ACCOUNT NUMBER<br>050210000527810, IN THE NAME OF HIKMAT<br>SHADMAN LOGISTICS SERVICES COMPANY,<br>ACCOUNT NUMBER 050210001288613, IN<br>THE NAME OF FAIZY ELHAM<br>BROTHERS, LTD., AND ACCOUNT NUMBER<br>0502102001425115 IN THE NAME OF<br>EVEREST FAIZY LOGISTICS SERVICES;<br><br>ALL FUNDS HELD BY OR FOR THE BENEFIT<br>OF EMIRATES NBD BANK AT DEUTSCHE<br>BANK TRUST COMPANY AMERICAS, OF AN<br>AMOUNT UP TO, BUT NOT TO EXCEED, $45<br>MILLION OF THE TOTAL SUM OF ANY<br>FUNDS TRANSFERRED ON OR AFTER<br>NOVEMBER 20, 2012, FROM AFGHANISTAN<br>INTERNATIONAL BANK ACCOUNT<br>NUMBER 050210000527810, IN THE NAME OF<br>HIKMAT SHADMAN LOGISTICS SERVICES<br>COMPANY TO ANY ACCOUNT AT EMIRATES<br>NBD BANK CONTROLLED BY OR FOR THE<br>BENEFIT OF HIKMATULLAH SHADMAN, | Case No. 12-cv-01905 (RWR) |

| | |
|---|---|
| INCLUDING, BUT NOT LIMITED TO ACCOUNT NUMBER AE210260000514678072002 IN THE NAME OF HEKMAT SHADMAN GENERAL TRADING LLC.; | ) ) ) ) ) ) |
| ALL FUNDS HELD BY OR FOR THE BENEFIT OF EMIRATES NBD BANK AT DEUTSCHE BANK TRUST COMPANY AMERICAS OF AN AMOUNT UP TO, BUT NOT TO EXCEED, $4 MILLION OF THE TOTAL SUM OF ANY FUNDS TRANSFERRED ON OR AFTER NOVEMBER 20, 2012, FROM AFGHANISTAN INTERNATIONAL BANK ACCOUNT NUMBER 050210000527810, IN THE NAME OF HIKMAT SHADMAN LOGISTICS SERVICES TO ANY ACCOUNT AT EMIRATES NBD BANK IN THE NAME OF YASER ELHAM; | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| ALL FUNDS HELD BY OR FOR THE BENEFIT OF BANK ALFALAH AT HABIB AMERICAN BANK, OF AN AMOUNT UP TO, BUT NOT TO EXCEED, $2,999,977 OF THE TOTAL SUM OF ANY FUNDS TRANSFERRED ON OR AFTER NOVEMBER 20, 2012, TO BANK ALFALAH ACCOUNT NUMBER 01810241 IN THE NAME OF EVEREST FAIZY LOGISTICS SERVICES FROM AFHANISTAN INTERNATIONAL BANK ACCOUNT NUMBER 0502102001425115 IN THE NAME OF EVEREST FAIZY LOGISTICS SERVICES; AND | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| ALL FUNDS HELD BY OR FOR THE BENEFIT OF BANK ALFALAH AT HABIB AMERICAN BANK, OF AN AMOUNT UP TO, BUT NOT TO EXCEED, $949,164 OF THE TOTAL SUM OF ANY FUNDS TRANSFERRED ON OR AFTER NOVEMBER 20, 2012, FROM AFGHANISTAN INTERNATIONAL BANK ACCOUNT NUMBER 050210000527810, IN THE NAME OF HIKMAT SHADMAN LOGISTICS SERVICES COMPANY TO ANY ACCOUNT AT BANK ALFALAH CONTROLLED BY OR | ) ) ) ) ) ) ) ) ) ) ) ) |

2

| | |
|---|---|
| FOR THE BENEFIT OF HIKMATULLAH SHADMAN INCLUDING BUT NOT LIMITED TO BANK ALFALAH ACCOUNT NUMBER 01810238 IN THE NAME OF HIKMAT SHADMAN LOGISTICS SERVICES, | )<br>)<br>)<br>)<br>)<br>) |
| **Defendants** *in rem*. | )<br>)<br>) |

## Stipulation for Return of Seized Funds

Plaintiff, the United States of America ("the United States") and non-party, Afghanistan International Bank ("AIB"), by and through their undersigned attorneys, hereby stipulate as follows:

WHEREAS, on May 10, 2013, pursuant to the execution of a Warrant of Arrest *in Rem* issued by Chief Judge Richard W. Roberts of the United States District Court for the District of Columbia, agents of the United States seized:   All Funds held by or for the Benefit of Afghanistan International Bank at Standard Chartered Bank, New York of any amount up to but not to exceed $1.5 million or the sum held at Afghanistan International Bank Account Number ▆▆▆▆▆▆7810, in the name of Hikmat Shadman Logistics Services Company, or Afghanistan International Bank Account Number ▆▆▆▆▆▆8613 in the name of Faizy Elham Brothers, Ltd.;

WHEREAS, on May 24, 2013, pursuant to the execution of a seizure warrant issued by Magistrate Judge Alan Kay of the United States District Court for the District of Columbia, agents of the United States seized the following: All funds of Afghanistan International Bank held by, deposited with, or accessible to Standard Chartered Bank, New York, of an amount up to but not exceeding $3.6 million of the total sum of the funds held in account number

3

███████████7810, in the name of Hikmat Shadman Logistics Services Company, located at Afghanistan International Bank;

WHEREAS, on May 24, 2013, pursuant to the execution of a seizure warrant issued by Magistrate Judge Alan Kay of the United States District Court for the District of Columbia, agents of the United States seized the following: All funds of Afghanistan International Bank held by, deposited with, or accessible to Standard Chartered Bank, New York, of an amount up to but not exceeding $5 million of the total sum of the funds held in account number ███████████5115, in the name of Everest Faizy Logistics Services, located at Afghanistan International Bank;

WHEREAS, on June 6, 2013, Standard Chartered Bank tendered two checks to the United States which had a combined total of $10,100,000, reflecting the funds seized pursuant to the aforementioned warrants from AIB's interbank account at Standard Chartered Bank (the "Seized Funds");

WHEREAS, on July 26, 2013, the United States filed a Second Amended Verified Complaint for Forfeiture *in Rem* in the United States District Court for the District of Columbia against the following: All funds held by or for the benefit of Afghanistan International Bank at Standard Chartered Bank, New York, of an amount up to but not to exceed $10,100,000 of the total sum of any funds held in any account at Afghanistan International Bank controlled by or for the benefit of Hikmatullah Shadman, including, but not limited to, account number 050210000527810, in the name of Hikmat Shadman Logistics Services Company, account number 050210001288613, in the name of Faizy Elham Brothers, Ltd., and account number 0502102001425115 in the name of Everest Faizy Logistics Services, alleging that said funds

constitute or are derived from proceeds traceable to a conspiracy to commit wire fraud in violation of 18 U.S.C. § 1343, and are therefore subject to seizure and forfeiture to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(C), 981(k) and 984;

WHEREAS, on May 24, 2013, there was a total of approximately $4,330,287.03 on deposit at AIB in accounts controlled by or held for the benefit of Hikmatullah Shadman (the "Shadman Accounts").

WHEREAS, AIB has provided the United States with the attached business records certification, attesting to the authenticity and accuracy of the AIB bank records, identified in the business records certification, which the United States has received for the Shadman Accounts and which confirm that there was a total of approximately $4,330,287.03 on deposit at AIB in the Shadman Accounts on May 24, 2013.

WHEREAS, the United States, relying upon AIB's representations and bank records for the Shadman Accounts, is satisfied that AIB has established that prior to the above seizures, AIB had discharged part of its obligation to the owners of the Shadman Accounts and that, therefore, approximately $5,769,712.97 of the Seized Funds were owned by AIB on May 24, 2013 (the "AIB Funds").

Therefore, conditioned upon the veracity of AIB's representations and the bank records for the Shadman Accounts, the United States and AIB, by and through their respective attorneys hereby stipulate as follows:

1. The undersigned individuals signing this Stipulation on behalf of the United States and on behalf of Afghanistan International Bank represent and warrant that they are authorized to execute this Stipulation.

5

2. For the reasons set forth in the whereas clauses above, the United States agrees to return the amount of approximately $5,769,712.97, representing the AIB funds, plus any accrued interest on such funds, to AIB.

3. This Stipulation constitutes the entire agreement between the United States and AIB, and is made without prejudice to any claim the United States or AIB has with respect to the remaining $4,330,287.03 plus accrued interest of the Seized Funds not released pursuant to this Stipulation. Other than as set forth in this Stipulation, there exist no promises, agreements or representations between the parties. This Stipulation may not be amended except by written consent of the parties.

4. In the event that the United States becomes aware that AIB has intentionally misrepresented the extent to which it has discharged its obligations to the owners of the Shadman Accounts, then the United States may, at its option (1) be released from all of its obligations under this Stipulation; and (2) may seek to forfeit an equivalent amount of funds representing the amount for which Afghanistan International Bank has not discharged its obligation to the owners of the Shadman Accounts by May 24, 2013. In such event, Afghanistan International Bank will not contest the forfeiture of such funds.

5. AIB agrees to release and forever discharge the United States, the U.S. Department of Justice, the Office of the Inspector General for Afghanistan Reconstruction, and their employees, agents and representatives from any and all claims, causes of action, liability and damages, including claims for attorney's fees and claims asserting a violation of constitutional, statutory, regulatory or common law duties, arising out of or in connection with the restraint or seizure of the AIB Funds.

                Respectfully submitted,

                JAIKUMAR RAMASWAMY, CHIEF
                ASSET FORFEITURE AND MONEY
                    LAUNDERING SECTION

Date: September 4, 2013    By: _/s/ Elizabeth Aloi_
                DANIEL H. CLAMAN,
                Assistant Deputy Chief
                ELIZABETH A. ALOI
                Trial Attorney
                U.S. Department of Justice
                Criminal Division
                1400 New York Avenue, N.W., 9th Floor
                Washington, D.C. 20530
                Tel: (202) 514-1263
                Fax: (202) 514-5522

                Attorneys for Applicant
                UNITED STATES OF AMERICA

                AFGHANISTAN INTERNATIONAL BANK
                By its attorneys,

                _/s/ Pablo Quiñones_
                PABLO QUIÑONES, ESQ.
                REED SMITH LLP
                599 LEXINGTON AVENUE
                NEW YORK, NEW YORK 10022
                Tel: (212) 549-0279
                Fax: (212) 521-5450
                E-Mail: pquinones@reedsmith.com

CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS

I, the undersigned, ██████████, with the understanding that I am subject to criminal penalty under the laws of Afghanistan for an intentionally false statement or false attestation, declare that I am employed by Afghanistan International Bank in the position of ██████████ and by reason of my position am authorized and qualified to make this declaration.

I further declare that the documents described herein, identified by Bates numbers AIB_0000001 – AIB_0000127, and in the possession of the United States, are original records or true copies of records that:

1. were made at or near the time of the occurrence of the matters set forth therein, by (or from information transmitted by) a person with knowledge of those matters;

2. were kept in the course of regularly conducted business activity;

3. were made by the said business activity as a regular practice; and,

4. if not original records, are duplicates of original records.

The originals or duplicates of these records are maintained in the country of Afghanistan

I further declare that:

1. I have reviewed Afghanistan International Bank's relationship with Hikmatullah Shadman to determine what funds or other assets in Afghanistan International Bank's possession, were controlled by or for the benefit of Hikmatullah Shadman as of May 24, 2013.

2. Based upon my review of Afghanistan International Bank's records, I determined that the United States has received, and I have reviewed, a complete set of bank account statements for every account at Afghanistan International Bank controlled by or for the benefit of Hikmatullah Shadman on May 24, 2013. The accounts can be summarized as follows:

| Afghanistan International Bank Account Number | Balance available on 5/24/2013 | Balance available on 5/24/2013 as converted into U.S. Dollars |
|---|---|---|
| ▇▇▇5115 | 4,055,123.80 USD | $4,055,123.80 |
| ▇▇▇5118 | 24,500.00 AFN | $446.51 |
| ▇▇▇7817 | 498.40 EUR | $643.93 |
| ▇▇▇3310 | 273,704.00 AFN | $4,988.23 |
| ▇▇▇3318 | 1,075.04 USD | $1,075.04 |
| ▇▇▇8616 | 23,300.00 AFN | $424.64 |
| ▇▇▇7812 | 32,248.99 AFN | $587.73 |
| ▇▇▇8613 | 89,688.10 USD | $89,688.00 |
| ▇▇▇7810 | 58,243.49 USD | $58,243.49 |
| ▇▇▇3715 | 118,620.06 USD | $118,620.06 |
| ▇▇▇3718 | 24,450.00 AFN | $445.60 |
| Totals | | $4,330,287.03 |

3. I am advised that Afghanistan International Bank conducted a thorough examination of its accounts and records to include each and every branch of Afghanistan International Bank and, other than the eleven bank accounts reflected above, Afghanistan International Bank has concluded that as of the date of the seizure on May 24, 2013, there were no other bank accounts or other assets maintained at Afghanistan International Bank controlled by or for the benefit of Hikmatullah Shadman.

Date of execution: September 1st 2013

Place of execution: Kabul, Islamic Republic of Afghanistan

Signature: 

2