**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>ALL FUNDS HELD BY OR FOR THE BENEFIT )<br>OF AFGHANISTAN INTERNATIONAL BANK )<br>AT STANDARD CHARTERED BANK, NEW )<br>YORK, OF AN AMOUNT UP TO, BUT NOT TO )<br>EXCEED, $10,100,000 OF THE TOTAL SUM )<br>OF ANY FUNDS HELD IN ANY ACCOUNT )<br>AT AFGHANISTAN INTERNATIONAL BANK )<br>CONTROLLED BY OR FOR THE BENEFIT OF )<br>HIKMATULLAH SHADMAN INCLUDING, )<br>BUT NOT LIMITED TO, ACCOUNT NUMBER )<br>050210000527810, IN THE NAME OF HIKMAT )<br>SHADMAN LOGISTICS SERVICES COMPANY, )<br>ACCOUNT NUMBER 050210001288613, IN )<br>THE NAME OF FAIZY ELHAM )<br>BROTHERS, LTD., AND ACCOUNT NUMBER )<br>0502102001425115 IN THE NAME OF )<br>EVEREST FAIZY LOGISTICS SERVICES, )<br>*ET AL.*, )<br>)<br>**Defendants** *in rem*. )<br>_____ ) | Case No. 12-cv-01905 (RWR) |

**NOTICE OF PARTIAL VOLUNTARY DISMISSAL**

Plaintiff, the United States of America ("the United States") by and through its undersigned attorneys, hereby respectfully gives notice that in accordance with the Stipulation for Return of Seized Funds (No. 25), and pursuant to Federal Rule of Civil Procedure 41(a)(1), the United States hereby voluntarily dismisses its claims against $5,769,712.97 of the funds held by or for the benefit of Afghanistan International Bank (AIB) at Standard Chartered Bank, New York, and interest accrued on that portion of the funds.

Respectfully submitted,

JAIKUMAR RAMASWAMY, CHIEF
ASSET FORFEITURE AND
   MONEY LAUNDERING SECTION


<u>/s/ Elizabeth Aloi</u>
LINDA M. SAMUEL
Deputy Chief
DANIEL H. CLAMAN
Assistant Deputy Chief
ELIZABETH A. ALOI
Trial Attorney
Asset Forfeiture and Money
   Laundering Section
Criminal Division
United States Department of Justice
1400 New York Avenue, N.W., Suite 10100
Washington, D.C. 20530
Telephone:  (202) 514-1263

Attorneys for Plaintiff
UNITED STATES OF AMERICA