IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, § <br> United States Department of Justice § <br> Criminal Division § <br> Asset Forfeiture and Money § <br>     Laundering Section § <br> 1400 New York Avenue, NW., 10th Floor § <br> Washington, DC 20005, § <br>  § <br>     Plaintiff, § <br>  § <br> v. § <br>  § <br> THE SUM OF $70,990,605 HELD IN § <br> ACCOUNT NUMBER 050210000527810, IN § <br> THE NAME OF HIKMAT SHADMAN § <br> LOGISTICS SERVICES COMPANY, § <br> LOCATED AT AFGHANISTAN INTER- § <br> NATIONAL BANK, AND ALL INTEREST, § <br> BENEFITS OR ASSETS TRACEABLE § <br> THERETO; § <br>  § <br> THE SUM OF $6,930,000, HELD IN § <br> ACCOUNT NUMBER 050210001288613, IN § <br> THE NAME OF FAIZY ELHAM BROTHERS, § <br> LTD., LOCATED AT AFGHANISTAN INTER- § <br> NATIONAL BANK, AND ALL INTEREST, § <br> BENEFITS OR ASSETS TRACEABLE § <br> THERETO. § <br>  § <br> ALL FUNDS HELD FOR OR BY THE BENEFIT § <br> OF AFGHANISTAN INTERNATIONAL BANK § <br> AT STANDARD CHARTERED BANK, NEW § <br> YORK, OF AN AMOUNT UP TO BUT NOT TO § <br> EXCEED $1.5 MILLION OR THE SUM HELD § <br> AT AFGHANISTAN INTERNATIONAL BANK § <br> ACCOUNT NUMBER 050210000527810, IN § <br> THE NAME OF HIKMAT SHADMAN § <br> LOGISTICS SERVICES COMPANY, OR § <br> AFGHANISTAN INTERNATIONAL BANK § <br> ACCOUNT NUMBER 050210001288613, IN § <br> THE NAME OF FAIZY ELHAM BROTHERS, § <br> LTD.; § <br>  § | Case No.:   1:12-cv-1905 (RWR) <br> Judge:       Richard W. Roberts <br> Date Filed:  September 16, 2013 |

ALL FUNDS HELD FOR OR BY THE BENEFIT §
OF BANK ALFALAH AT CITIBANK, N.A. §
NEW YORK, NOT TO EXCEED $55,569,790 OF §
THE TOTAL SUM OF ANY FUNDS §
TRANSFERRED ON OR AFTER §
NOVEMBER 20, 2012, TO ANY ACCOUNT AT §
BANK ALFALAH FROM AFGHANISTAN §
INTERNATIONAL BANK ACCOUNT NUMBER §
050210000527810, IN THE NAME OF HIKMAT §
SHADMAN LOGISTICS SERVICES COMPANY, §
AND AFGHANISTAN INTERNATIONAL BANK §
ACCOUNT NUMBER  050210001288613, IN §
THE NAME OF FAIZY ELHAM BROTHERS; §
§
ALL FUNDS HELD FOR OR BY THE BENEFIT §
OF BANK ALFALAH AT DEUTSCHE BANK §
TRUST COMPANY AMERICSAS, NOT TO §
EXCEED $55,569,790 OFTHE TOTAL SUM OF §
ANY FUNDS TRANSFERRED ON OR AFTER §
NOVEMBER 20, 2012, TO ANY ACCOUNT AT §
BANK ALFALAH FROM AFGHANISTAN §
INTERNATIONAL BANK ACCOUNT NUMBER §
050210000527810, IN THE NAME OF HIKMAT §
SHADMAN LOGISTICS SERVICES COMPANY, §
AND AFGHANISTAN INTERNATIONAL BANK §
ACCOUNT NUMBER 050210001288613, IN §
THE NAME OF FAIZY ELHAM BROTHERS; §
§
ALL FUNDS HELD FOR OR BY THE BENEFIT §
OF BANK ALFALAH AT HABIB AMERICAN §
BANK, NOT TO EXCEED $55,569,790 OF §
THE TOTAL SUM OF ANY FUNDS §
TRANSFERRED ON OR AFTER §
NOVEMBER 20, 2012, TO ANY ACCOUNT AT §
BANK ALFALAH FROM AFGHANISTAN §
INTERNATIONAL BANK ACCOUNT NUMBER §
050210000527810, IN THE NAME OF HIKMAT §
SHADMAN LOGISTICS SERVICES COMPANY, §
AND AFGHANISTAN INTERNATIONAL BANK §
ACCOUNT NUMBER 050210001288613, IN §
THE NAME OF FAIZY ELHAM BROTHERS; §

ALL FUNDS HELD FOR OR BY THE BENEFIT §
OF BANK ALFALAH AT HABIB BANK §
LIMITED, NOT TO EXCEED $55,569,790 OF §
THE TOTAL SUM OF ANY FUNDS §
TRANSFERRED ON OR AFTER §
NOVEMBER 20, 2012, TO ANY ACCOUNT AT §
BANK ALFALAH FROM AFGHANISTAN §
INTERNATIONAL BANK ACCOUNT NUMBER §
050210000527810, IN THE NAME OF HIKMAT §
SHADMAN LOGISTICS SERVICES COMPANY, §
AND AFGHANISTAN INTERNATIONAL BANK §
ACCOUNT NUMBER 050210001288613, IN §
THE NAME OF FAIZY ELHAM BROTHERS; §
  §
ALL FUNDS HELD FOR OR BY THE BENEFIT §
OF BANK ALFALAH AT HSBC BANK USA §
N.A., NOT TO EXCEED $55,569,790 OF §
THE TOTAL SUM OF ANY FUNDS §
TRANSFERRED ON OR AFTER §
NOVEMBER 20, 2012, TO ANY ACCOUNT AT §
BANK ALFALAH FROM AFGHANISTAN §
INTERNATIONAL BANK ACCOUNT NUMBER §
050210000527810, IN THE NAME OF HIKMAT §
SHADMAN LOGISTICS SERVICES COMPANY, §
AND AFGHANISTAN INTERNATIONAL BANK §
ACCOUNT NUMBER 050210001288613, IN §
THE NAME OF FAIZY ELHAM BROTHERS; §
  §
ALL FUNDS HELD FOR OR BY THE BENEFIT §
OF BANK ALFALAH AT JP MORGAN CHASE §
BANK NATIONAL ASSOCIATION, NOT TO §
EXCEED $55,569,790 OF THE TOTAL SUM OF §
ANY FUNDS TRANSFERRED ON OR AFTER §
NOVEMBER 20, 2012, TO ANY ACCOUNT AT §
BANK ALFALAH FROM AFGHANISTAN §
INTERNATIONAL BANK ACCOUNT NUMBER §
050210000527810, IN THE NAME OF HIKMAT §
SHADMAN LOGISTICS SERVICES COMPANY, §
AND AFGHANISTAN INTERNATIONAL BANK §
ACCOUNT NUMBER 050210001288613, IN §
THE NAME OF FAIZY ELHAM BROTHERS; §

| | |
|---|---|
| ALL FUNDS HELD FOR OR BY THE BENEFIT OF BANK ALFALAH AT MASHREQ BANK PSC, NOT TO EXCEED $55,569,790 OF THE TOTAL SUM OF ANY FUNDS TRANSFERRED ON OR AFTER NOVEMBER 20, 2012, TO ANY ACCOUNT AT BANK ALFALAH FROM AFGHANISTAN INTERNATIONAL BANK ACCOUNT NUMBER 050210000527810, IN THE NAME OF HIKMAT SHADMAN LOGISTICS SERVICES COMPANY, AND AFGHANISTAN INTERNATIONAL BANK ACCOUNT NUMBER 050210001288613, IN THE NAME OF FAIZY ELHAM BROTHERS; | § § § § § § § § § § § § § § |
| ALL FUNDS HELD FOR OR BY THE BENEFIT OF BANK ALFALAH AT STANDARD CHARTERED BANK, NEW YORK, NOT TO EXCEED $55,569,790 OF THE TOTAL SUM OF ANY FUNDS TRANSFERRED ON OR AFTER NOVEMBER 20, 2012, TO ANY ACCOUNT AT BANK ALFALAH FROM AFGHANISTAN INTERNATIONAL BANK ACCOUNT NUMBER 050210000527810, IN THE NAME OF HIKMAT SHADMAN LOGISTICS SERVICES COMPANY, AND AFGHANISTAN INTERNATIONAL BANK ACCOUNT NUMBER 050210001288613, IN THE NAME OF FAIZY ELHAM BROTHERS; | § § § § § § § § § § § § § § |
| ALL FUNDS HELD BY OR FOR THE BENEFIT OF EMIRATES NATIONAL BANK AT JP MORGAN CHASE BANK NATIONAL ASSOCIATION NOT TO EXCEED $4 MILLION OF THE TOTAL SUM OF ANY FUNDS HELD IN ANY ACCOUNT AT EMIRATES NATIONAL BANK IN THE NAME OF YASER ELHAM, | § § § § § § § § |
|        Defendants *in rem*. | § § |

4

## CLAIMAINTS' MOTION FOR IMMEDIATE RELEASE OF SEIZED PROPERTY PURSUANT TO 18 U.S.C. § 983(f)

COME NOW Hikmatullah Shadman ("Shadman"), as an individual and as president of Hikmat Shadman Logistics Services Co. and Hikmat Shadman General Trading, LLC, and as vice president of Faizy Elham Brothers, Ltd.; Mr. Shadman's brother, Najibullah (aka "Yaser Elham"), as an individual and as president of Faizy Elham Brothers, Ltd.; Mr. Shadman's brother, Rohullah, as an individual and as president of Everest Faizy Logistics Services, and their respective companies, Hikmat Shadman Logistics Services Co., Hikmat Shadman General Trading, LLC, Faizy Elham Brothers, Ltd., and Everest Faizy Logistics Services (individually "Claimant" and jointly "Claimants") through undersigned counsel, for good cause shown, and without waiving any rights to contest jurisdiction in this mater, hereby move this court for immediate release of seized property pursuant to 18 U.S.C. § 983(f) and Rule (G)(8)(d) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions based upon the overwhelming sworn facts contained in accompanying affidavits, the prior pleadings and verified claim in this action, the legal arguments presented in supporting memorandum of law, and all exhibits attached thereto.  Claimants hereby petition this Court for an order as follows:

1) granting the immediate release of all current restraints and seizures on any and all assets, funds, and accounts of **Hikmat Shadman Logistics Services Company** imposed pursuant to Warrants of Arrest *in Rem* dated May 8, 9, 10, 2013 and July 31, 2013, and Warrants of Seizure dated May 10, 17, 24, 2013;

2) granting the immediate release of all current restraints and seizures on any and all assets, funds, and accounts of **Faizy Elham Brothers, Ltd.** imposed pursuant to Warrants of Arrest *in Rem* dated May 8, 9, 10, 2013 and July 31, 2013, and Warrants of Seizure dated May 10, 17, 24, 2013;

3)      granting the immediate release of all current restraints and seizures on any and all assets, funds, and accounts of **Hekmat Shadman General Trading LLC** imposed pursuant to Warrants of Arrest *in Rem* dated  May 8, 9, 10, 2013 and July 31, 2013, and Warrants of Seizure dated May 10, 17, 24, 2013;

4)      granting the immediate release of all current restraints and seizures on any and all assets, funds, and accounts of **Yaser Elham** imposed pursuant to Warrants of Arrest *in Rem* dated May 8, 9, 10, 2013 and July 31, 2013, and Warrants of Seizure dated May 10, 17, 24, 2013;

5)      granting the immediate release of all current restraints and seizures on any and all assets, funds, and accounts of **Everest Faizy Logistics Services** imposed pursuant to Warrants of Arrest *in Rem* dated May 8, 9, 10, 2013 and July 31, 2013, and Warrants of Seizure dated May 10, 17, 24, 2013;

6)      ordering the return of any and all assets and funds of **Hikmat Shadman Logistics Services Company** that have been transferred to the United States Treasury, or that have been seized or confiscated by the United States Marshals Service and currently remain on deposit with the United States Marshals Service seized Asset Deposit Fund, pursuant to Warrants of Arrest *in Rem* dated May 8, 9, 10, 2013 and July 31, 2013, and Warrants of Seizure dated May 10, 17, 24, 2013;

7)      ordering the return of any and all assets and funds of **Faizy Elham Brothers, Ltd.** that have been transferred to the United States Treasury, or that have been seized or confiscated by the United States Marshals Service and currently remain on deposit with the United States Marshals Service seized Asset Deposit Fund, pursuant to Warrants of Arrest *in Rem* dated May 8, 9, 10, 2013 and July 31, 2013, and Warrants of Seizure dated May 10, 17, 24, 2013;

6

8) ordering the return of any and all assets and funds of **Hekmat Shadman General Trading LLC** that have been transferred to the United States Treasury, or that have been seized or confiscated by the United States Marshals Service and currently remain on deposit with the United States Marshals Service seized Asset Deposit Fund, pursuant to Warrants of Arrest *in Rem* dated May 8, 9, 10, 2013 and July 31, 2013, and Warrants of Seizure dated May 10, 17, 24, 2013;

9) ordering the return of any and all assets and funds of **Yaser Elham** that have been transferred to the United States Treasury, or that have been seized or confiscated by the United States Marshals Service and currently remain on deposit with the United States Marshals Service seized Asset Deposit Fund, pursuant to Warrants of Arrest *in Rem* dated May 8, 9, 10, 2013 and July 31, 2013, and Warrants of Seizure dated May 10, 17, 24, 2013;

10) ordering the return of any and all assets and funds of **Everest Faizy Logistics Services** that have been transferred to the United States Treasury, or that have been seized or confiscated by the United States Marshals Service and currently remain on deposit with the United States Marshals Service seized Asset Deposit Fund, pursuant to Warrants of Arrest *in Rem* dated May 8, 9, 10, 2013 and July 31, 2013, and Warrants of Seizure dated May 10, 17, 24, 2013;

11) granting the immediate release and ordering the return of all assets, property, materials, documents / records, equipment, vehicles, and cash of **Hikmat Shadman Logistics Services Company** confiscated by the U.S. Government in Afghanistan under an alleged military warrant. By admission of the U.S. Government such confiscated property is currently held by the U.S. Government in conex boxes at Bagram Airfield, Afghanistan;

12) granting the immediate release and ordering the return of any and all assets and funds belonging to any of the Claimants that have been seized or confiscated by the Government pursuant to any other warrants of arrest in rem or warrants of seizure unknown to claimants at this time and/or not identified in the Government's Second Amended Verified Complaint; and

13) for any other relief that this Court may deem just and proper, including partial release of the any of Claimants' property identified in paragraphs 1- 12 above.

Respectfully submitted,

NEEL, HOOPER & BANES, P.C.

_____
Bryant S. Banes
DC Bar No. TX0109
Texas Bar No. 24035950
Federal ID No. 31149
Kelline R. Linton
Texas Bar No. 2408536
1800 West Loop South, Suite 1750
Houston, Texas 77027-3008
(713) 629-1800
(713) 629-1812 (Fax)
E-mail: bbanes@nhblaw.com

Of Counsel:

James Wallace Porter, III
DC Bar No. 999070
Bradley Arant Boult Cummings LLP
1615 L Street, NW
Washington, DC 20036
(202) 719-8232
(202) 719-8332 (Fax)
E-mail: jporter@babc.com

*Counsel for Claimants*

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 16th day of September, 2013, a copy of the foregoing was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

  Jaikumar Ramaswamy, Chief
  Asset Forfeiture and Money
   Laundering Section
  Daniel H. Claman, Assistant Deputy Chief
  Elizabeth A. Aloi, Trial Attorney
  U.S. Department of Justice
  Criminal Division
  1400 New York Avenue, NW, 9th Floor
  Washington, DC 20530

  _____
    Bryant S. Banes