**SIGAR** | Office of the Special Inspector General for Afghanistan Reconstruction

Date of Transcription:
10/5/2013

## Investigative Report

**Case Title:** TOIFOR, et al

**Case Number:** 0437-11-KAF-1-0098

**Investigative Activity:** Interview of Col. Martin Sims

On October 5, 2013, reporting agent telephoned Colonel (Col.) Martin Sims, Staff Judge Advocate, Combined Joint Interagency Task Force 435 (TF 435), Camp Phoenix, Kabul, Afghanistan.  The call was placed to SVOIP (secure phone) number (308) 237-5221.

Following introductions, Col. Sims was apprised of the fact that a subject of an ongoing criminal investigation had been released from detention at the Bagram Theater Internment Facility (BTIF) in December 2012.  The release was ordered following a hearing conducted by a 'Military Tribunal' called a Detainee Review Board (DRB).  Col. Sims was then asked to provide a brief overview of a DRB.  He advised essentially as follows.

A DRB is a tribunal established by the Department of Defense (DoD) to assess whether a detainee meets the criteria established by DoD for continued internment.  A DRB is convened at established intervals by the Commanding General of TF 435 for BTIF detainees, such authority typically being delegated to another General Officer.  That Convening Authority selects the 3 Field Grade Officers who sit on a DRB from a pool of nominees provided by the various units serving in Afghanistan.

To make its determination re continued detention, a DRB applies the Deputy Secretary of Defense Criteria for Internment as defined in a Memo authored in or about July 2009.  For reference, Col. Sims provided the attached, unclassified portion of the Memo which defines the aforementioned criteria.

Date of Investigation: 10/5/2013                                  By:  SA John Edmiston

Page 1 of 2

**CLASSIFICATION:**
CUI // FOUO

**WARNING**
This document is the property of SIGAR and is on loan to your agency. Contents include nonpublic information exempt from disclosure under FOIA.  This document may not be disclosed to any party under investigation nor may it be distributed outside the receiving agency without the specific prior authorization.

SIGAR INVESTIGATIONS – CONTINUED

Generally speaking, in order to authorize continued detention per the aforementioned Memo, a DRB must find that the detainee meets the following criteria:

1. That the detainee participated in some fashion in the attacks that occurred on 9/11; or
2. That the detainee had demonstrable "membership" in either the Taliban or Al-Qaida.

The portion of the Memo forwarded by Col. Sims provides more detailed explanation of the criteria and is provided for such purpose.

The criteria for continued detention does not hinge on criminal considerations if neither item 1 nor 2 above is met.  Accordingly, a thief, multiple rapist, or murderer might not meet the criteria for continued internment for the purposes of a DRB.

Col. Sims cited an example of a detainee with ties to the Lebanese organization Hezbollah who was released by a DRB because his affiliation with Hezbollah did not meet the criteria noted in the Deputy Secretary of Defense Memo.

**Biographical Data (as needed):**
Col. Martin L. Sims; email address martin.l.sims@afghan.swa.army.mil; secure email address martin.l.sims@afghan.swa.army.mil; cell number 070 224 5242.

**Attachment(s):**
  (1) Excerpt of Deputy SecDef Criteria for Internment Memo (unclassified)

Date of Investigation:  10/5/2013                                       By:  SA John Edmiston

CCN#: 0437-11-KAF-1-0098                                                Page 2 of 2

**CLASSIFICATION:**
CUI // FOUO

**WARNING**
This document is the property of SIGAR and is on loan to your agency. Contents include nonpublic information exempt from disclosure under FOIA.  This document may not be disclosed to any party under investigation nor may it be distributed outside the receiving agency without the specific prior authorization.

1550 Crystal Drive, 9th Floor   Mailing 2530 Crystal Drive         Tel 703 545 6000         www.sigar.mil
Arlington, Virginia 22202       Arlington, Virginia 22202-3940