| | |
|---|---|
| **From:** | Doherty, Robert D CIV (US) |
| **To:** | Aloi, Elizabeth |
| **Subject:** | Fw: Return of Items in Connex Boxes |
| **Date:** | Friday, October 04, 2013 12:33:55 PM |

**From**: Edmiston, John B [mailto:EdmistonJB@state.gov]
**Sent**: Friday, October 04, 2013 12:35 PM Coordinated Universal Time
**To**: Doherty, Robert D CIV (US)
**Subject**: FW: Return of Items in Connex Boxes

**From:** Edmiston, John B
**Sent:** Thursday, October 03, 2013 2:26 PM
**To:** 'Hasib Tanha'
**Cc:** 'Bryant S. Banes'; 'Hikmatullah Shadman'; Doherty, Robert D.
**Subject:** Return of Items in Connex Boxes

Mr. Tanha,

I have spoken to representatives of the Counter Insurgency Task Force (CITF) which seized those items of Mr. Shadman's that are in the connex boxes you have visited. They have agreed to return the items to Mr. Shadman.

Since SIGAR and the other law enforcement agencies comprising the International Contract Corruption Task Force (ICCTF) obtained the items from the CITF, our procedures are to return the items to that group. Once that is done, the CITF will contact you to arrange for the return to Mr. Shadman.

Once the transfer from SIGAR/ICCTF to CITF is accomplished, I will notify you. I am extending every effort to expedite this process.

As to the cash which was seized, it resides in the SIGAR Evidence Custody System in Kabul. I am attempting to expedite its return as well.

You will hear from me within the next 2 or 3 days about these matters.

Sincerely,
John Edmiston
SIGAR
070 680 9356