IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No.:   1:12-cv-1905 (RWR) |
| § | Judge:       Richard W. Roberts |
| THE SUM OF $70,990,605, *et al*., § | Date Filed: November 11, 2013 |
| § | |
| Defendants *in rem*. § | |
| § | |

CLAIMANTS' CONDITIONAL REQUEST FOR TESTIMONY AT PRELIMINARY
INJUNCTION HEARING AND APPEARANCE OF CLAIMANT BY TELEPHONE

COME NOW, Claimants (Hikmat Shadman Logistics Services, Hekmat Shadman General Trading, LLC, Faizy Elham Brothers, Ltd., Everest Faizy Logistics Services, Hikmatullah Shadman, Najibullah, and Rohullah), who, through their undersigned counsel, hereby respectfully request live testimony for the November 14, 2013 preliminary injunction hearing, pursuant to Local Civil Rule 65.1(d). This request is both a request for Claimant Shadman to appear by telephone and also a conditional request for live testimony, so that the below-listed witnesses will be available to this Court if the Court desires any clarification of the existing evidentiary record:

1. **Hikmatullah Shadman (estimated duration: 20 minutes)**

Hikmatullah Shadman, along with his Afghan counsel Abdul Subhan Misbah, is available via telephone. Shadman, who is the primary Claimant in this proceeding, is currently located in Afghanistan and is unable to appear at the preliminary injunction hearing in person. As such, he requests permission to appear telephonically both for the purpose of being present for the hearing and in case this Court would like his additional testimony.

Shadman's testimony would primarily concern the Claimants' likelihood of success on the merits, including SIGAR's role in both the U.S. military tribunal and the Afghan special court.

**2. Major Jerry Bradley (estimated duration: 10 minutes)**

Major Bradley, who has offered a declaration for the evidentiary record (Doc. 28, Ex. 59), has expressed that SIGAR's action is a "wrong that needs to be righted." His testimony would primarily concern the Claimants' likelihood of success on the merits. He also would be able to testify about the need for court protection of witnesses. Since he is a government employee, Claimants request that the government make him available for the hearing.

**3. Major Edward Woodall (estimated duration: 10 minutes)**

Major Woodall, who has offered a declaration for the evidentiary record (Doc. 28, Ex. 59, Enclosure 3), also requested and obtained sole source approval for Claimants. His testimony would primarily concern the Claimants' likelihood of success on the merits and the location and character of contractual documents relevant to this case, including the sole source justification. Since he is a government employee, Claimants request that the government make him available for the hearing.

FURTHERMORE, Claimants respectfully notify the Court that Ms. Ghazal Hassan, legal counsel for the Embassy of Afghanistan, will also be in attendance to observe the proceedings.

Therefore, Claimants request telephone access for Shadman, as well as live testimony for the preliminary injunction hearing, if this Court so desires.

Respectfully submitted,

**NEEL, HOOPER & BANES, P.C.**


_/s/ Bryant S. Banes_____
Bryant S. Banes
D.C. Bar ID No. TX0109
Texas Bar No. 24035950
Federal ID No. 31149
Kelline R. Linton
Texas Bar No. 24085436
Federal ID No. 2127346
1800 West Loop South, Suite 1750
Houston, Texas  77027-3008
Ph: (713) 629-1800
Fax: (713) 629-1812
E-mail: bbanes@nhblaw.com

Of Counsel:

James Wallace Porter, III
D.C. Bar No. 999070
Bradley Arant Boult Cummings, LLP
1615 L Street, NW
Washington, D.C. 20036
Ph: (202) 719-8232
Fax: (202) 719-8332
E-mail: jporter@babc.com

*Counsel for Claimants*
*Hikmat Shadman Logistics Services,*
*Hekmat Shadman General Trading, LLC,*
*Faizy Elham Brothers, Ltd., Everest Faizy*
*Logistics Services, Hikmatullah Shadman,*
*Najibullah, and Rohulla*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 11th day of November, 2013, a copy of the foregoing was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    Jaikumar Ramaswamy, Chief
    Asset Forfeiture and Money
        Laundering Section
    Daniel H. Claman, Assistant Deputy Chief
    Elizabeth A. Aloi, Trial Attorney
    U.S. Department of Justice
    Criminal Division
    1400 New York Avenue, N.W., 9th Floor
    Washington, D.C. 20530

    Andrew C. Bernasconi
    Reed Smith LLP
    1301 K Street, N.W.
    Suite 1100 – East Tower
    Washington, D.C.  20005

                                        _/s/ Bryant S. Banes_____
                                          Bryant S. Banes