UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
        Plaintiff,             )
                               )
        v.                     )   Civil Action No. 12-1905 (RWR)
                               )
SUM OF $70,990,605, et al.,    )
                               )
        Defendants.            )
_____)
```

## MEMORANDUM ORDER

Plaintiff United States filed this civil *in rem* forfeiture action, alleging that the defendant funds -- approximately $61.3 million in three different banks -- are the proceeds of a wire fraud conspiracy and subject to seizure under 18 U.S.C. §§ 981, 983 and 984. Claimants Hikmatullah Shadman, Najibullah, and Rohullah move to compel discovery responses to supplement their motion to dismiss. The claimants also filed a motion to strike the United States' opposition to the motion to compel. Because the motion to compel is now moot, the claimants' motion to compel will be denied. Because the claimants' motion to strike lacks merit, it will also be denied.

The claimants filed a motion to compel the United States to respond to the claimants' discovery request which sought "directly pertinent, relevant documents necessary for this Court to properly determine the threshold issues of subject matter

jurisdiction and failure to state a claim." Claimants' Mot. to Compel Responses to Claimants' First Requests for Production of Documents, Motion for Expedited Review, and Other Relief ("Claimants' Mot.") at 1.  The claimants sought to use the requested documents to "supplement its motion to dismiss."  Id.  However, as is explained in the March 4, 2014 Memorandum Opinion and Order resolving the claimants' motion to dismiss, such evidence is not appropriately considered at the motion to dismiss stage and the claimants did not contest subject matter jurisdiction in their initial briefing for their motion to dismiss.  See March 4, 2014 Memorandum Opinion and Order at 6-7 n.2, 10-11 n.5.  Further, because the claimants' motion to dismiss is now resolved, the motion to compel discovery to supplement their motion to dismiss is now moot.

The claimants also moved to strike the United States' opposition to the claimants' motion to compel as untimely.  However, under Federal Rule of Civil Procedure 6(d), the United States had until Monday, February 10, 2014 to respond to the motion to compel, and the United States filed its opposition on February 10.  Thus, the claimants' motion to strike is without merit.

Accordingly, it is hereby

- 3 -

ORDERED that the claimants' motion to compel [74] be, and hereby is, DENIED.  It is further

ORDERED that the claimants' motion to strike [80] be, and hereby is DENIED.

SIGNED this 4th day of March, 2014.

/s/
RICHARD W. ROBERTS
Chief Judge