Exhibit A

I, _____, have been advised by counsel of record for

_____in _____

of the attached Protective Order dated _____ governing the delivery, publication, and disclosure of confidential documents and information produced in this litigation. I have read a copy of the Protective Order and agree to abide by its terms.

_____
Signed

_____
Printed Name

_____
Date