IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No.: 1:12-cv-1905(RDM) |
| § | Judge: Randolph D. Moss |
| THE SUM OF $70,990,605, *et al.*, § | Date Filed:   August 31, 2016 |
| § | |
| Defendants *in rem*. § | |
| _____ § | |

## NOTICE OF PETITION TO ESTABLISH ATTORNEYS' LIEN

Now comes, the Petitioner, Neel, Hooper & Banes, P.C., and pursuant to their Agreement for Legal Services and all applicable attorney fee lien statutes, rules, and case law, state as follows:

(1)     The Petitioners are attorneys at law admitted to practice before this court, and file this Petition to establish their lien for attorney fees and costs as set forth hereinafter.

(2)     On or about July 16, 2013, Petitioner was retained and employed by the Shadman Claimants (Hikmat Shadman Logistics Services, Hekmat Shadman General Trading, LLC, Faizy Elham Brothers, Ltd., Everest Faizy Logistics Services, Hikmatullah Shadman, Najibullah, and Rohullah), pursuant to a written fee agreement to pursue recovery of their funds in the above-captioned civil forfeiture action and to serve as lead counsel for all other administrative and civil matters related to the Shadman Claimants in the United States.  In exchange for reduced hourly fees and for deferral of fees in excess of agreed monthly fee caps, the Shadman Claimants agreed to a contingent fee on any sums recovered. The foregoing arrangements were memorialized again and made certain in written

agreements dated January 1, 2016 ("Agreements"). The Agreements also specifically authorized the engagement of local counsel and the reimbursement of expenses. The Shadman Claimants are not currently in compliance with the Agreements.

(3) Pursuant to the above agreement, the Petitioner has litigated this case on behalf of the Shadman Claimants for a period in excess of four (4) years.

(4) From the date the Petitioner was authorized to proceed on behalf of the Shadman Claimants, and for over four (4) years thereafter, Petitioner and its local counsel have actively and diligently applied themselves to the investigation, preparation, and pursuit of the Shadman Claimants claims and defenses in all fora, and have taken all steps necessary to protect the interests of the Shadman Claimants, including numerous witness interviews and obtaining affidavits, conducting a substantial investigation and travelling to Afghanistan, Dubai, and various states to obtain relevant documents and analyzing same, analyzing hundreds of thousands of pages of documents received from the government, taking multiple rounds of depositions and discovery, successfully fighting off numerous motions to stay, vigorous motions practice, including contentious motions to compel, retaining and preparing experts and consultants, developing and facilitating liability and damages models, attending and conducting numerous court and administrative hearing appearances, condensing pertinent evidence and drafting and sending detailed letters to the government supporting settlement, and engaging in settlement talks in the summer of 2017 designed to ultimately achieve a reasonable final settlement offer on behalf of the Shadman Claimants.

(5) The Petitioner and local counsel has expended thousands of hours in their representation of the Shadman Claimants' interests and incurred substantial fees, much of which has been deferred pending resolution as set forth in the attached statement (Exhibit A), and those hours were reasonably and necessarily expended in pursuit of those claims.

Petitioner and its local counsel have also incurred reasonable and necessary expenses in pursuit of Plaintiffs claims, as set forth in the attached statement (Exhibit A).

(6) Petitioners were participating in settlement talks and providing necessary support for same up through July 26, 2017. At that time, Petitioner and its local counsel were excluded from settlement talks (although they have continued to assist). On August 25, 2017, Petitioner sent all counsel of record notice of lien (Exhibit B).

(7) Pursuant to the Agreements, Petitioner was granted an irrevocable lien, in an amount equal to either the attorney fees and expenses payable to Petitioner under the Agreement, or ten percent "on any sums recovered" by the Shadman Claimants, whichever is greater. This sum was directly assigned to Petitioner with specific authority to "obtain any sums claimed directly from the government or other parties."

(8) Pursuant to the most recent Joint Status Report filed by the Shadman Claimants and Plaintiff, United States, the parties reported that they were "engaged in potential settlement discussions." In response to this, the Court set the next status conference for September 19, 2017.

(9) Petitioner has not been terminated for cause, and remains as Lead Counsel before the Court. Pursuant to the Agreements, if Petitioner withdraws or is otherwise removed from the case, all attorneys fees and expenses deferred are immediately due and owing.

(10) The Agreements also contain a "bank assignment" that allows Petitioner to claim the Shadman Claimants funds wherever they are. As conceded by attorneys at FH+H, also counsel in this action, the Shadman Claimants have provided them with a "substantial retainer."

(11) The Petitioners claim the right to have a lien for attorney's fees and expenses established and enforced upon any sums to be derived from any settlement or judgment

<mark>Case 1:12-cv-01905-RDM   Document 293   Filed 08/31/17   Page 4 of 11</mark>

obtained or to be obtained by the Shadman Claimants in this action or any monies held by third parties.

WHEREFORE, the Petitioner prays:

(1) That its attorneys' lien be determined;

(2) That the amount of the lien be established;

(3) That the Court order that the Petitioner be entitled to enforce their attorneys' lien against the proceeds to be derived from any settlement or judgment in this action or any other bank account within the jurisdiction of this Court;

(4) That the Defendant, United States, and FH+H be prohibited from paying to the Shadman Claimants or themselves any sums of money until said lien has been satisfied;

(5) That this Court retain jurisdiction over the issue of Petitioner's attorney lien;

(6) For such other and further relief as this Court deems just.

Respectfully submitted,

**NEEL, HOOPER & BANES, P.C.**

_____
Bryant S. Banes
D.C. Bar ID No. TX0109
Texas Bar No. 24035950
Federal ID No. 31149
1800 West Loop South, Suite 1750
Houston, TX  77027-3008
Tel: (713) 629-1800
Fax: (713) 629-1812
E-mail: bbanes@nhblaw.com

Of Counsel:

James Wallace Porter, III
D.C. Bar No. 999070
Bradley Arant Boult Cummings LLP
1615 L Street, NW
Washington, D.C. 20036
Tel: (202) 719-8232
Fax: (202) 719-8332
E-mail: jporter@babc.com

*Counsel for Claimants,
Hikmat Shadman Logistics Services,
Hekmat Shadman General Trading, LLC,
Faizy Elham Brothers, Ltd., Everest Faizy
Logistics Services, Hikmatullah Shadman,
Najibullah, and Rohulla*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of August, 2017, a copy of the foregoing was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    M. Kendall Day, Chief
    Asset Forfeiture and Money
       Laundering Section
    Daniel H. Claman, Assistant Deputy Chief
    Elizabeth A. Aloi, Trial Attorney
    Stephen Parker, Trial Attorney
    Patricia Sulzbach, Trial Attorney
    U.S. Department of Justice
    Criminal Division
    1400 New York Avenue, NW, 9th Floor
    Washington, DC 20530

    Andrew C. Bernasconi
    Kathleen A. Nandan
    Reed Smith LLP
    1301 K Street, N.W.,
    Suite 1100 – East Tower
    Washington, D.C. 20005

_____
Bryant S. Banes

# EXHIBIT A

Professional Hours Expended on Behalf of Client,

**The Shadman Claimants**

| Attorneys | Attorney Hours | Non-Attorney Hours |
|---|---|---|
| Neel, Hooper & Banes, P.C. | 5246.9 | 88.9 |
| Bradley Arant Boult & | 681.4 | 25.2 |

Total estimated expenses for Petitioner expended on behalf of client: $105,000.00.

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> THE SUM OF $70,990,605, *et al.*, § <br> § <br> Defendants *in rem*. § <br> § | Case No.: 1:12-cv-1905 (RDM) <br> Judge: Randolph D. Moss <br> Date Filed:   August 31, 2016 |

**NOTICE OF LIEN**

TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the Law Offices of Neel, Hooper & Banes, P.C., 1800 West Loop South, Suite 1750, Houston, Texas 77027, telephone 713-6290-1800, hereby presents a claim and lien against any held funds or recovery by way of judgment, settlement or otherwise, that Plaintiff has provided or may recover in this action, for reasonable attorneys' fees, costs incurred and advanced, and other expenses incurred on behalf of the Shadman Claimants (Hikmat Shadman Logistics Services, Hekmat Shadman General Trading, LLC, Faizy Elham Brothers, Ltd., Everest Faizy Logistics Services, Hikmatullah Shadman, Najibullah, and Rohullah).

PLEASE TAKE FURTHER NOTICE that demand is again hereby made that Neel, Hooper & Banes, P.C. appear on all drafts and releases affecting settlement, judgment or compromise of the above-captioned matter, with Neel, Hooper & Banes, P.C. to be notified of any negotiated settlement or the receipt of any proceeds or held funds by way of transfer, suit, judgment, or compromise of the above-referenced matter prior to the acceptance thereof.

Respectfully submitted,

**NEEL, HOOPER & BANES, P.C.**

_____
Bryant S. Banes
D.C. Bar ID No. TX0109
Texas Bar No. 24035950
Federal ID No. 31149
1800 West Loop South, Suite 1750
Houston, TX  77027-3008
Tel: (713) 629-1800
Fax: (713) 629-1812
E-mail: bbanes@nhblaw.com

Of Counsel:

James Wallace Porter, III
D.C. Bar No. 999070
Bradley Arant Boult Cummings LLP
1615 L Street, NW
Washington, D.C. 20036
Tel: (202) 719-8232
Fax: (202) 719-8332
E-mail: jporter@babc.com

*Counsel for Claimants,*
*Hikmat Shadman Logistics Services,*
*Hekmat Shadman General Trading, LLC,*
*Faizy Elham Brothers, Ltd., Everest Faizy*
*Logistics Services, Hikmatullah Shadman,*
*Najibullah, and Rohulla*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 31st day of August, 2017, a copy of the foregoing was filed electronically.  I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

      M. Kendall Day, Chief
      Asset Forfeiture and Money
         Laundering Section
      Daniel H. Claman, Assistant Deputy Chief
      Elizabeth A. Aloi, Trial Attorney
      Stephen Parker, Trial Attorney
      Patricia Sulzbach, Trial Attorney
      U.S. Department of Justice
      Criminal Division
      1400 New York Avenue, NW, 9th Floor
      Washington, DC 20530

      Andrew C. Bernasconi
      Kathleen A. Nandan
      Reed Smith LLP
      1301 K Street, N.W.,
      Suite 1100 – East Tower
      Washington, D.C. 20005

                            Bryant S. Banes